**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

**Eric Westerfield**,

              Plaintiff,

    v.

**Government Employees Insurance
Company,
GEICO General Insurance Company,
GEICO Indemnity Company,
GEICO Casualty Company,
GEICO Choice Insurance Company,
GEICO Secure Insurance Company,
GEICO Advantage Insurance Company,**
and **GEICO Marine Insurance Company**,

              Defendants.

Cause No. 4:26-cv-00173

## <u>DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT</u>

Pursuant to Local Rule 2.09, and Federal Rule of Civil Procedure 7.1, counsel discloses the following information for Government Employees Insurance Company, GEICO General Insurance Company, GEICO Indemnity Company, GEICO Casualty Company, GEICO Choice Insurance Company, GEICO Secure Insurance Company, GEICO Advantage Insurance Company, and GEICO Marine Insurance Company (collectively "Defendants"):

1.    If the subject is a nongovernmental corporation that is a party, intervenor, or proposed intervenor in a civil or criminal case,

    a.    Whether it is publicly traded, and if it is, on which exchange(s):

        **Defendants are not publicly traded.**

    b.    Its parent companies or corporations (if none, state "none"):

        **Government Employees Insurance Company, GEICO Advantage Insurance
Company, GEICO Indemnity Company, GEICO Choice Insurance Company,**

**and GEICO Secure Insurance Company are wholly owned subsidiaries of GEICO Corporation, which is a wholly owned subsidiary of Berkshire Hathaway.**

**GEICO General Insurance Company is a wholly owned subsidiary of Government Employees Insurance Company.**

**GEICO Casualty Company is a wholly owned subsidiary of GEICO Indemnity Company.**

**GEICO Marine Insurance Company is a wholly owned subsidiary of Boat America Corporation, which is in turn a wholly owned subsidiary of GEICO Corporation.**

c.      Subsidiaries that are not wholly owned by the subject (if none, state "none"):

**None.**

d.      Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):

**Berkshire Hathaway is a publicly traded company and owns 100% of GEICO Corporation.**

2.      If the subject is a party, intervenor, or proposed intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

**For purposes of establishing jurisdiction based upon diversity of citizenship, Defendants are all Nebraska Corporations with principal places of business in Maryland except for GEICO Marine Insurance Company which has its principal place of business in Springfield, Virginia.**

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of all persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, which means no later than seven (7) days of the change or event. E.D.Mo. L.R. 2.09(A)(2); Fed. R. Civ. P. 7.1(a)(2)(B) and (b)(2).

Date:  February 4, 2026                    Respectfully submitted,

**HEPLERBROOM LLC**

*By: /s/* W. Jason Rankin
W. Jason Rankin, #62672MO
Charles N. Insler, #58623MO
Emilee M. Bramstedt, #71802MO
130 N. Main Street
P.O. Box 510
Edwardsville, IL 62025
(618) 656-0184
WJR@heplerbroom.com
CNI@heplerbroom.com
EMB@heplerbroom.com

George E. Mastoris
(*pro hac vice forthcoming*)
Adam P. Moskowitz
(*pro hac vice forthcoming*)
**WINSTON & STRAWN LLP**
200 Park Ave.
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
gmastoris@winston.com
apmoskowitz@winston.com

Samantha Lerner
(*pro hac vice forthcoming*)
**WINSTON & STRAWN LLP**
300 N. LaSalle Drive
Chicago, IL 60654
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
slerner@winston.com

*Counsel for Defendants*
*Government Employees Insurance Company,*
*GEICO General Insurance Company,*
*GEICO Indemnity Company,*
*GEICO Casualty Company,*
*GEICO Choice Insurance Company,*
*GEICO Secure Insurance Company,*
*GEICO Advantage Insurance Company, and*
*GEICO Marine Insurance Company*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on February 4, 2026 a copy of the foregoing was served upon the following counsel of record via electronic mail:

Martin L. Daesch
Jesse B. Rochman
Craig W. Richards
Kaitlin A. Carpenter
**ONDERLAW, LLC**
110 E. Lockwood Ave.,
St. Louis, MO 63119
314-963-6000
daesch@onderlaw.com
rochman@onderlaw.com
richards@onderlaw.com
carpenter@onderlaw.com

***Attorneys for Plaintiff***

/s/ W. Jason Rankin