25SL-CC14196

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

**GEICO**®

# Missouri Automobile Insurance Policy

GEICO Advantage Insurance Company

A30MOG (02-24)

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

**Your Policy Index**

                                                                                              **Page**

**SECTION I - LIABILITY COVERAGES**
**Your Protection Against Claims From Others** ...................................................................5
Definitions ................................................................................................................................5
Losses We Will Pay For You ....................................................................................................7
Additional Payments We Will Make Under The Liability Coverages ........................................7
Exclusions: When Section I Does Not Apply ...........................................................................7
Persons Insured: Who Is Covered ...........................................................................................9
Financial Responsibility Laws .................................................................................................9
Out Of State Insurance ...........................................................................................................9
Limit Of Liability ......................................................................................................................9
Other Insurance ....................................................................................................................10
Conditions .............................................................................................................................10
    Notice ..............................................................................................................................10
    Auto and Trailer ............................................................................................................... 10
    Assistance And Cooperation Of The Insured ................................................................... 10
    Action Against Us .............................................................................................................10
    Subrogation .....................................................................................................................11
**SECTION II - AUTO MEDICAL PAYMENTS**
**Protection For You And Your Passengers For Medical Expenses** ....................................11
Definitions .............................................................................................................................11
Payments We Will Make ........................................................................................................11
Exclusions: When Section II Does Not Apply .........................................................................11
Limit Of Liability ....................................................................................................................12
Other Insurance ....................................................................................................................12
Conditions .............................................................................................................................12
    Notice ..............................................................................................................................12
    Auto And Trailer ...............................................................................................................12
    Action Against Us .............................................................................................................12
    Medical Reports - Proof And Payment Of Claims ............................................................12
    Subrogation .....................................................................................................................13
**SECTION III - PHYSICAL DAMAGE COVERAGES**
**Your Protection For Loss Or Damage To Your Car** .......................................................... 13
Definitions .............................................................................................................................13
Part I - Comprehensive and Collision Coverage ...................................................................13
Losses We Pay .....................................................................................................................13
    Comprehensive (Excluding Collision) ..............................................................................13
    Collision ...........................................................................................................................14
Additional Payments We Will Make Under The Physical Damage Coverages ......................14
Exclusions: When The Physical Damage Coverages Do Not Apply ......................................14
Limit Of Liability ....................................................................................................................15
Other Insurance ....................................................................................................................15
Conditions .............................................................................................................................15
    Notice ..............................................................................................................................16
    Auto And Trailer ...............................................................................................................16
    Assistance And Cooperation Of The Insured ................................................................... 16
    Action Against Us .............................................................................................................16
    Insured's Duties In Event Of Loss ....................................................................................16
    Appraisal .........................................................................................................................16
    Payment Of Loss .............................................................................................................16
    No Benefit To Bailee ........................................................................................................16
    Subrogation .....................................................................................................................16
    Assignment ......................................................................................................................17
Part II - Emergency Road Service Coverage ........................................................................ 17
Losses We Will Pay ...............................................................................................................17
Exclusions: When This Coverage Does Not Apply ................................................................17
Obtaining Service ..................................................................................................................17

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

Continuation Of Coverage .......................................................................................................................18
Part III - Rental Reimbursement Coverage ..........................................................................................18
Conditions ............................................................................................................................................ 19
Part IV - Mechanical Breakdown Protection Coverage .........................................................................19
Mechanical Breakdown Protection .......................................................................................................19
Definitions ............................................................................................................................................19
Exclusions: When This Coverage Does Not Apply ..............................................................................19
Other Insurance ...................................................................................................................................20
Conditions ...........................................................................................................................................20

**SECTION IV - UNINSURED MOTORISTS COVERAGE AND UNDERINSURED MOTORIST COVERAGE**
**Your Protection For You And Your Passengers For Injuries Caused By Uninsured, Underinsured And**
**Hit-And-Run Motorists** ...................................................................................................................... 20
Part I - Uninsured Motorists Coverage ................................................................................................20
Definitions ........................................................................................................................................... 20
Losses We Pay ....................................................................................................................................21
Exclusions: When Section IV, Part I Does Not Apply ..........................................................................21
Limit Of Liability ...................................................................................................................................22
Other Insurance ...................................................................................................................................22
Effect Of Uninsured Motorists Insurance Laws Or Financial Responsibility Laws ...............................22
Arbitration ............................................................................................................................................22
Trust Agreement ..................................................................................................................................23
Conditions ...........................................................................................................................................23
    Notice ...........................................................................................................................................23
    Assistance And Cooperation Of The Insured ................................................................................23
    Action Against Us .......................................................................................................................... 23
    Proof Of Claim - Medical Reports .................................................................................................23
    Payment Of Loss ...........................................................................................................................23
Part II - Underinsured Motorist Coverage ...........................................................................................23
Definitions ...........................................................................................................................................23
Losses We Pay ....................................................................................................................................24
Exclusions: When Section IV, Part II Does Not Apply .........................................................................24
Limit Of Liability ...................................................................................................................................25
Other Insurance ...................................................................................................................................26
Arbitration ............................................................................................................................................26
Trust Agreement ..................................................................................................................................26
Conditions ...........................................................................................................................................27
    Notice ...........................................................................................................................................27
    Assistance And Cooperation Of The Insured ................................................................................27
    Action Against Us ..........................................................................................................................27
    Proof Of Claim - Medical Reports .................................................................................................27
    Payment Of Loss ...........................................................................................................................27

**SECTION V - GENERAL CONDITIONS**
**These Conditions Apply To All Coverages In This Policy** ................................................................ 27
Definitions ...........................................................................................................................................27
Territory ...............................................................................................................................................27
Premium ..............................................................................................................................................27
Changes ..............................................................................................................................................27
Broadened Coverage ...........................................................................................................................28
Assignment ..........................................................................................................................................28
Policy Period ........................................................................................................................................28
Cancellation By The Insured ...............................................................................................................28
Cancellation By Us ..............................................................................................................................28
Cancellation By Us Is Limited ..............................................................................................................28
Renewal ...............................................................................................................................................28
Other Insurance ...................................................................................................................................29
Dividend Provision ...............................................................................................................................29
Declarations .........................................................................................................................................29
Fraud And Misrepresentation ..............................................................................................................29
Examination Under Oath ......................................................................................................................29
Disposal Of Vehicle .............................................................................................................................29
Terms Of Policy Conformed To Statutes .............................................................................................29

Choice Of Law .................................................................................................................................29
Service Changes .................................................................................................................................29
Claims Adjustment Tools And Technology .................................................................................................30
Drivers Of Motor Vehicles Residing In Your Household ...............................................................................30
**SECTION VI - AMENDMENTS AND ENDORSEMENTS** ....................................................................... 30
Special Endorsement - United States Government Employees .......................................................................30
Missouri Property And Casualty Insurance Guaranty Association Coverage Limitation ..............................................30

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

## AGREEMENT

**We, the Company named in the Declarations Page attached to this policy, make this agreement with *you*, the Named Insured(s). Relying on the information *you* have furnished and the Declarations Page attached to this policy and if *you* pay *your* premium when due, we will do the following:**

### SECTION I - LIABILITY COVERAGES
### Bodily Injury Liability and Property Damage Liability
### Your Protection Against Claims From Others

### DEFINITIONS

The words bolded and italicized in Section I of this policy are defined below.

1.  ***Auto business*** means the business of selling, renting, leasing, brokering, repairing, servicing, storing, transporting or parking of autos.
2.  ***Bodily injury*** means bodily injury to a person, including resulting sickness, disease, or death. However, bodily injury does not include the transmission of, or threat of transmission of, a communicable disease or sickness.
3.  ***Farm auto*** means a truck type vehicle with a gross vehicle weight of 15,000 pounds or less, not used for commercial purposes other than farming.
    However, a ***farm auto*** does not include:
    (a) step-vans, parcel delivery vans, or cargo cutaway vans or other vans with cabs separate from the cargo area;
    (b) a motor vehicle principally designed for use off public roads;
    (c) a motorcycle or related 2-wheel, 3-wheel, or 4-wheel vehicle;
    (d) a moped or electric bicycle;
    (e) a golf cart;
    (f) an all-terrain vehicle (ATV) which is a vehicle with 3 or more wheels designed for off-road use; or
    (g) a utility terrain vehicle (UTV) or utility task vehicle.
4.  ***Insured*** means a person or organization described under **PERSONS INSURED**.
5.  ***Non-owned auto*** means a ***private passenger auto***, ***farm auto***, ***utility auto*** or ***trailer*** not owned by or furnished for the regular use of either ***you*** or ***your relative***, other than a ***temporary substitute auto***. ***You*** or ***your relative*** must be using the ***non-owned auto*** or ***trailer*** with the permission, or reasonably believed to be with the permission, of the owner and within the scope of that permission. A ***private passenger auto***, ***farm auto***, ***utility auto*** or ***trailer*** rented or leased for more than 30 days will be considered as furnished for regular use. Two or more ***private passenger autos***, ***farm autos***, ***utility autos*** or ***trailers*** consecutively rented or leased, one after the other, for more than 30 consecutive days will be considered as furnished for regular use.
6.  ***Owned auto*** means:
    (a) A vehicle described in this policy for which a premium charge is shown for these coverages;
    (b) A ***trailer*** owned by ***you***;
    (c) A ***private passenger auto***, ***farm auto***, or ***utility auto***, ownership of which ***you*** acquire during the policy period or for which ***you*** enter into a lease during the policy period for a term of six months or more, if:
        (i) It replaces an ***owned auto*** as defined in (a) above; or
        (ii) We insure all ***private passenger autos***, ***farm autos***, and ***utility autos*** owned or leased by ***you*** on the date of the acquisition,
        and ***you*** ask us to add it to the policy no more than 30 days later;
    (d) A ***temporary substitute auto***.
7.  ***Permissive user*** means any driver operating an ***owned auto*** within the scope of ***your*** express or implied permission, and such driver is not an ***undisclosed operator***. ***Permissive user*** does not include a ***relative*** or ***your*** spouse.
8.  ***Personal vehicle sharing program*** means a business, organization, network or group facilitating the sharing of private passenger motor vehicles for use by individuals or businesses.
9.  ***Private passenger auto*** means a land motor vehicle:
    (a) of the private passenger, station wagon, or pickup body type;
    (b) designed for operation principally upon public roads;
    (c) with at least four wheels; and
    (d) with a gross vehicle weight of 15,000 pounds or less.
    However, a ***private passenger auto*** does not include:
        (i) step-vans, parcel delivery vans, or cargo cutaway vans or other vans with cabs separate from the cargo area;
        (ii) a motor vehicle principally designed for use off public roads;
        (iii) a motorcycle or related 2-wheel, 3-wheel, or 4-wheel vehicle;
        (iv) a moped or electric bicycle;
        (v) a golf cart;

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

(vi) an all-terrain vehicle (ATV) which is a vehicle with 3 or more wheels designed for off-road use; or

(vii) a utility terrain vehicle (UTV) or utility task vehicle.

10. *Property damage* means physical damage to, destruction of, or loss of use of, tangible property.

11. *Relative* means a person residing in the same household as *you*, and related to *you* by blood, marriage or adoption, and includes a ward, stepchild, or foster child and such person is not an *undisclosed operator*. *Relative* does not include *your* spouse.

12. *Ride-sharing* means the use of any vehicle to provide transportation of persons in connection with a *transportation network company* from the time a user logs on to, or signs in to, any online-enabled application, software, website or system until the time the user logs out of, or signs off of, any such online-enabled application, software, website or system, whether or not the user has accepted any passenger(s), including the time the user is on the way to pick up any passenger(s), or is transporting any passenger(s).

13. *Temporary substitute auto* means an automobile or *trailer*, not owned by *you* or a *relative*, temporarily used with the permission of the owner. This vehicle must be used as a substitute for the *owned auto* or *trailer* when withdrawn from normal use because of its breakdown, repair, servicing, loss, or destruction.

A *temporary substitute auto* does not include:

(a) any motor vehicle rented or leased by *you* or a *relative* for the purpose of providing *ride-sharing* services. A motor vehicle is considered to have been rented or leased for the purpose of providing *ride-sharing* services, whether actually used for *ride-sharing* or not, if the rental or lease agreement specifically allows the motor vehicle to be used for *ride-sharing* with a *transportation network company*;

(b) any motor vehicle rented or leased by *you* or a *relative* which is registered for use for *ride-sharing* with a *transportation network company*;

(c) any motor vehicle rented or leased by *you* or a *relative* which is approved for use for *ride-sharing* by a *transportation network company*; or

(d) any motor vehicle rented or leased by *you* or a *relative* which displays an interior or exterior marking that identifies the motor vehicle as a vehicle for hire.

14. *Trailer* means a trailer designed to be towed by a *private passenger auto*, if not being used for business or commercial purposes with a vehicle other than a *private passenger auto*, *farm auto*, or *utility auto*.

15. *Transportation network company* means a company or organization facilitating and/or providing transportation services using a computer or digital application or platform to connect or match passengers with drivers for compensation or a fee.

16. *Undisclosed operator* means a driver operating the *owned auto* or *non-owned auto* who at the time of the loss or accident resided in *your* household and was not named in the **Declarations Page** as a **Named Insured** or in the **Additional Drivers** section of the **Declarations Page** in effect on the date of a loss or accident.

However, *undisclosed operator* does not include a:

(a) Driver operating the *owned auto* or *non-owned auto* who started residing in *your* household no more than 185 days prior to the loss or accident. Minor dependent children whose parents are separated or divorced shall be deemed to reside in both parents' households; or

(b) Driver operating the *owned auto* or *non-owned auto* who became a licensed driver no more than 185 days prior to the loss or accident. Licensed driver means a driver with an instructional or temporary permit, an out of state driver's license, an international driver's license or any other permit or license that authorizes a person to operate a motor vehicle in any state.

17. *Utility auto* means a vehicle, other than a *farm auto*, with a gross vehicle weight of 15,000 pounds or less of the pickup body, van, or panel truck type not used for commercial purposes.

However, a *utility auto* does not include:

(a) step-vans, parcel delivery vans, or cargo cutaway vans or other vans with cabs separate from the cargo area;

(b) a motor vehicle principally designed for use off public roads;

(c) a motorcycle or related 2-wheel, 3-wheel, or 4-wheel vehicle;

(d) a moped or electric bicycle;

(e) a golf cart;

(f) an all-terrain vehicle (ATV) which is a vehicle with 3 or more wheels designed for off-road use; or

(g) a utility terrain vehicle (UTV) or utility task vehicle.

18. *War* means armed conflict between nations, whether or not declared, civil war, insurrection, rebellion, or revolution.

19. *You* and *your* means only the individuals(s) named in the **Declarations Page** as **Named Insured** and their spouse if a resident of the same household. However, the spouse of the **Named Insured** who started residing in *your* household, whether as a spouse or other than a spouse, more than 185 days prior to a loss or accident is not a *you* while operating an *owned auto* or *non-owned auto* unless named in the **Declarations Page** as a **Named Insured** at the time of the loss or accident.

*You* and *your* also does not include any individual(s) named in the **Declarations Page** as:

(a) **Additional Drivers**;

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

(b) **Additional Driver**; or

(c) any other individual(s).

## LOSSES WE WILL PAY FOR YOU

Subject to all provisions of Section I, including but not limited to "LIMIT OF LIABILITY," as well as the provisions of Section V and all applicable amendments and endorsements, we will do the following:

Under Section I, we will pay damages which an *insured* becomes legally obligated to pay because of:

**1.** *Bodily injury* sustained by a person; and

**2.** *Property damage*

arising out of the ownership, maintenance, or use of the *owned auto* or a *non-owned auto*. We will defend any suit for damages payable under the terms of this policy. We may investigate and settle any claim or suit.

## ADDITIONAL PAYMENTS WE WILL MAKE UNDER THE LIABILITY COVERAGES

**1.** We pay investigative costs for services specifically requested for an *insured*. We do not pay for fees or costs assessed against an *insured* pursuant to statute, court order, court rule or otherwise.

**2.** We pay legal services provided by an attorney we retain to represent an *insured* and any other legal services we retain to represent an *insured*.

**3.** We only pay pre-judgment interest calculated on that part of a judgment that is within our limit of liability and accruing before the judgment, where owed by law, and until we pay, offer to pay or deposit in court the amount due under this coverage. An offer by us to pay our applicable limit of liability in settlement of, or in exchange for a release of, a claim or suit against the *insured* shall be considered an "offer to pay" as that phrase is used in this Item **3.**.

**4.** We only pay post-judgment interest that begins to accrue after the entry of a final judgment against an *insured*, subject to all of the following:

(a) We only pay post-judgment interest on that part of the judgment that is against an *insured* and only for those damages that are covered under this Section;

(b) We only pay post-judgment interest calculated on that part of the judgment against an *insured* that is within the applicable limit of liability under this Section. If the applicable limit of liability under this Section has been reduced by payment(s) of any other liability claims or judgments, we only pay post-judgment interest calculated on that part of the remaining applicable limit of liability under this Section;

(c) We only pay post-judgment interest calculated up until the time we pay, offer to pay, or deposit in court the remaining applicable limit of liability under this Section. An offer by us to pay our remaining applicable limit of liability stated in this Section in settlement of, or in exchange for a release of, a claim or suit against the *insured* shall be considered an "offer to pay" as that phrase is used here; and

(d) We do not pay post-judgment interest if we have not been given notice of suit or the opportunity to defend the *insured*.

**5.** We pay premiums for appeal bonds in a suit we appeal, or premiums for bonds to release attachments, subject to the following:

(a) The amount bonded shall not exceed the applicable limit of liability under this Section. If the applicable limit of liability under this Section has been reduced by payment(s) of any other liability claims or judgments, the amount bonded shall not exceed the remaining applicable limit of liability under this Section;

(b) The amount bonded shall only be for those damages that are covered under this Section;

(c) We do not pay premiums for bonds if we pay, offer to pay, or deposit in court the remaining applicable limit of liability under this Section; and

(d) We have no duty to apply for or furnish these bonds.

**6.** We will upon request by an *insured*, provide reimbursement for the following items:

(a) An *insured's* loss of earnings, but not other income, up to $50 a day to attend hearings and trials at our request; and

(b) Premiums for bail bonds paid for an *insured* due to traffic law violations arising out of the use of an *owned auto* or *non-owned auto*, not to exceed $250 per bail bond. We have no duty to apply for or furnish these bonds.

## EXCLUSIONS

### When Section I Does Not Apply

Section I does not apply to any claim or suit for damage if one or more of the exclusions listed below applies:

**1.** *Bodily injury* to any *insured* or *relative* is not covered in excess of the minimum financial responsibility limits required by Missouri law.

**2.** Section I does not apply in excess of the minimum financial responsibility limits required by Missouri law for *bodily injury* or *property damage* arising out of the ownership, maintenance, or use of any motor vehicle while it is being used:

(a) to carry persons or property for compensation or a fee:

(b) for retail or wholesale delivery, including, but not limited to, the pick up, transport or delivery of magazines, newspapers, mail, food or any other products. This exclusion **2.** (b) does not apply to *bodily injury* or *property damage* arising out of the use of an *owned auto* or *non-owned auto* by an independent contractor delivering mail for the United States Postal Service.

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

However, there is no coverage for a vehicle while being used for *ride-sharing*. A vehicle used in an ordinary car pool is covered. An ordinary car pool is one where:

(i)   An *insured* receives no payment for using a vehicle for a car pool ride; or

(ii)  An *insured* receives only reimbursement for expenses for using a vehicle for a car pool ride, the reimbursement an *insured* receives for providing the car pool ride does not exceed the reasonable cost of gas and depreciation for the distance traveled, and the reimbursement received by an *insured* is not required to be reported for income tax purposes.

3.  *Bodily injury* or *property damage* caused by an intentional act committed by or at the direction of *you* or a *relative* or the owner of a *non-owned auto*, even if the actual damage is different than that which was intended or expected. However, this exclusion does not apply for a loss to an *owned auto* to the extent of the legal interest of an innocent *insured*, if:

(a) the loss is caused as a result of a pattern of domestic violence by *you* or a *relative*, or any person residing in *your* household; and

(b) the innocent *insured* claiming the loss:

(i)   did not cooperate in or contribute to the creation of the loss;

(ii)  files a police report; and

(iii) completes a sworn affidavit for us that indicates both the cause of the loss and a pledge to cooperate in any criminal prosecution of the person who committed the act causing the loss.

We will not make any subsequent payment to any other person for the part of any loss for which the innocent *insured* has received payment.

4.  We do not cover *bodily injury* or *property damage* that is insured under a nuclear liability policy.

5.  *Bodily injury* or *property damage* arising from the operation of farm machinery is not covered.

6.  *Bodily injury* to an employee of an *insured* arising out of and in the course of employment by an *insured* is not covered.

    However, *bodily injury* of a domestic employee of the *insured* is covered unless benefits are payable or are required to be provided under a workers' or workmen's compensation law.

7.  We do not cover *bodily injury* to a fellow employee of an *insured* if the fellow employee's *bodily injury* arises from the use of an auto while in the course of employment and if workers' compensation or other similar coverage is available. We will defend *you* if a suit is brought by a fellow employee against *you* alleging use, ownership, or maintenance of an auto by *you*.

8.  We do not cover an *owned auto* while used by a person (other than *you* or a *relative*) when they are employed or otherwise engaged in the *auto business*.

9.  We do not cover a *non-owned auto* while maintained or used by any person while such person is employed or otherwise engaged in:

(a) Any *auto business* if the accident arises out of that business;

(b) Any other business or occupation of any *insured* if the accident arises out of that business or occupation, except a *private passenger auto* used by *you* or *your* chauffeur or domestic worker while engaged in such other business.

10. We do not cover damage to:

(a) Property owned, operated, transported or used by an *insured*; or

(b) Property rented to or in the charge of an *insured* other than a residence or private garage.

11. We do not cover an auto acquired by *you* during the policy term, if *you* have purchased other liability insurance for it.

12. We do not cover:

(a) The United States of America or any of its Agencies;

(b) Any person, including *you*, if protection is afforded under the provisions of the Federal Tort Claims Act.

13. We do not cover *bodily injury* or *property damage* that results from the operation of a *non-owned auto* or *temporary substitute auto* that is designed for use principally off public roads that is not registered for use on public roads.

14. *Bodily injury* or *property damage* that results from nuclear exposure or explosion including resulting fire, radiation, or contamination is not covered.

15. *Bodily injury* or *property damage* that results from bio-chemical attack or exposure to bio-chemical agents is not covered.

16. We do not cover any liability assumed under any contract or agreement.

17. Section I does not apply in excess of the minimum financial responsibility limits required by Missouri law for *bodily injury* or *property damage* caused by:

(a) a motor vehicle driven in or preparing for any racing, speed, or demolition contest or stunting activity of any nature, whether or not prearranged or organized; or

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

(b) the operation or use of a motor vehicle on a track designed primarily for racing or high speed driving. This does not apply if the vehicle is being used in connection with an activity other than racing, high speed driving or any competitive driving.

18. Regardless of any other provision of this policy, there is no coverage for punitive damages, exemplary damages or damages for aggravating circumstances.

19. There is no coverage under this Section in excess of the minimum financial responsibility limits required by Missouri law while any *owned auto* is leased or rented to others or given in exchange for any compensation, including while operated, maintained or used as part of personal vehicle sharing facilitated by a *personal vehicle sharing program*. This exclusion does not apply to a *temporary substitute auto* operated by *you*, a *relative*, or any other person using the *temporary substitute auto* with *your* permission, and within the scope of that permission.

20. We do not cover *bodily injury* to any person or *property damage* arising out of an *owned auto* or *non-owned auto* while it is being operated by an *undisclosed operator*.

However, this exclusion does not apply in the following situations:

(a) At the time of the loss or accident, the driver was operating the *owned auto* or *non-owned auto* to obtain emergency medical treatment for a passenger in the *owned auto* or *non-owned auto*; or

(b) At the time of the loss or accident, the driver was operating the *owned auto* or *non-owned auto* because all other licensed drivers in the *owned auto* or *non-owned auto* were intoxicated, and the driver was not intoxicated.

Coverage applies only if someone reports the loss or accident to the police or civil authorities within 24 hours or as soon as practicable after the loss or accident occurred.

This exclusion will apply only to the damages that are in excess of the minimum limits of liability coverage required by the financial responsibility law of the State of Missouri.

## PERSONS INSURED

### Who Is Covered

Section I applies to the following as *insureds* with regard to an *owned auto*:

1. *You* and *your relatives*;
2. A *permissive user*;
3. Any other person or organization for their or its liability because of acts or omissions of an *insured* under **1.** or **2.** above.

However, an *undisclosed operator* is not an *insured* with regard to an *owned auto*.

Section I applies to the following with regard to a *non-owned auto*:

1. (a) *You*;
   (b) *Your relatives* when using a *private passenger auto*, *farm auto*, *utility auto*, or *trailer*.
   Such use by *you* or *your relatives* must be with the permission, or reasonably believed to be with the permission, of the owner and within the scope of that permission.
2. A person or organization, not owning or hiring the auto, regarding their or its vicarious liability because of acts or omissions of an *insured* under **1.** above.

However, an *undisclosed operator* is not an *insured* with regard to a *non-owned auto*.

The limit of liability stated in the **Declarations Page** is our maximum obligation regardless of the number of *insureds* involved in the occurrence.

## FINANCIAL RESPONSIBILITY LAWS

When this policy is certified as proof of financial responsibility for the future under the provisions of a motor vehicle financial responsibility law, this liability insurance will comply with the provisions of that law.

## OUT OF STATE INSURANCE

When the policy applies to the operation of a motor vehicle outside of *your* state, we agree to increase *your* coverages to the extent required of out-of-state motorists by local law. This additional coverage will be reduced to the extent that *you* are protected by another insurance policy. No person can be paid more than once for any item of loss. The *insured* agrees to reimburse us for payments made by us which we would not have had to make except for this agreement.

## LIMIT OF LIABILITY

The limit of Bodily Injury Liability stated in the **Declarations Page** cannot be stacked, added together, combined, or aggregated to determine the total limit of insurance available.

The limit of Property Damage Liability stated in the **Declarations Page** cannot be stacked, added together, combined, or aggregated to determine the total limit of insurance available.

The limits stated in the **Declarations Page** are subject to the following provisions.

Regardless of the number of autos or *trailers* to which this insurance applies, claims made, persons insured under this policy, autos or *trailers* involved in the loss, premiums shown on the **Declarations Page**, or premiums paid:

1. The limit of Bodily Injury Liability stated in the **Declarations Page** as applicable to "each person" is the limit of our liability for all damages, including damages for care and/or loss of service, and/or loss of consortium, because of *bodily injury* to one person as the result of one occurrence.

2. The limit of Bodily Injury Liability stated in the **Declarations Page** as applicable to "each occurrence" is, subject to the above provision respecting the limit applicable to "each person", the total limit of our liability for all damages, including damages for care and/or loss of service, and/or loss of consortium, because of *bodily injury* to two or more persons as the result of any one occurrence.

3. The limit of Property Damage Liability stated in the **Declarations Page** is the total limit of our liability for all damages because of injury to or destruction of the property of one or more persons or organizations, including the loss of use of the property as the result of any one occurrence.

4. In no event shall the limit of liability of two or more autos or *trailers* be stacked, added together, combined, or aggregated to determine the total limit of liability insurance available to any *insured(s)*. THIS MEANS THAT NO STACKING OR AGGREGATION OF LIABILITY INSURANCE WHATSOEVER IS ALLOWED FOR TWO OR MORE AUTOS OR *TRAILERS*.

## OTHER INSURANCE

These "Other Insurance" provisions govern *your* rights, and those insured under this policy, when any other insurance policy provides bodily injury liability and/or property damage liability coverage for the same accident. In no event shall these provisions be applied to increase the limit of insurance for Bodily Injury Liability and Property Damage Liability stated in the LIMIT OF LIABILITY above.

1. If there is other applicable bodily injury liability and/or property damage liability insurance on any other policy that applies to a loss covered by Section I of this policy, the coverage under Section I of this policy, subject to the LIMIT OF LIABILITY above, shall apply as excess insurance over all other applicable liability insurance coverage. In no event shall the limit of liability of two or more autos or *trailers* listed in this policy be stacked, added together, combined, or aggregated to determine the total limit of liability insurance available to any *insured(s)* when this policy applies as excess coverage or otherwise.

2. THIS MEANS THAT NO STACKING OR AGGREGATION OF LIABILITY INSURANCE WHATSOEVER IS ALLOWED FOR TWO OR MORE AUTOS OR *TRAILERS*.

## CONDITIONS

The following conditions apply to Section I:

1. NOTICE

As soon as possible after an occurrence, notice must be given to us or our authorized agent stating:

   (a) The identity of the *insured*;

   (b) The time, place, and details of the occurrence;

   (c) The names and addresses of the injured, and of any witnesses; and

   (d) The names of the owners and the description and location of any damaged property.

   If a claim or suit is brought against an *insured*, they must promptly send us each demand, notice, summons, or other process received.

2. AUTO AND TRAILER

An auto and an attached *trailer* are considered to be one auto.

3. ASSISTANCE AND COOPERATION OF THE INSURED

The *insured* will cooperate and assist us:

   (a) In the investigation of the occurrence;

   (b) In making settlements;

   (c) In the conduct of suits;

   (d) In enforcing any right of contribution or indemnity against any legally responsible person or organization because of *bodily injury* or *property damage*;

   (e) At trials and hearings;

   (f) In securing and giving evidence; and

   (g) By obtaining the attendance of witnesses.

   Only at their own cost will the *insured* make a payment, assume any obligation or incur any cost.

4. ACTION AGAINST US

No suit will lie against us:

   (a) Unless the *insured* has fully complied with all the policy's terms and conditions; and

   (b) Until the amount of the *insured's* obligation to pay has been finally determined; either

      (i) By a final judgment against the *insured* after actual trial; or

      (ii) By written agreement of the *insured*, the claimant and us.

   A person or organization or the legal representative of either, who secures a judgment or written agreement, may then sue to recover up to the policy limits.

   No person or organization, including the *insured*, has a right under this policy to make us a defendant in an action to determine the *insured's* liability.

   Bankruptcy or insolvency of the *insured* or their estate will not relieve us of our obligations.

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

**5.** SUBROGATION

When payment is made under this policy, we will be subrogated to all the *insured's* rights of recovery against others. The *insured* will help us to enforce these rights. The *insured* will do nothing after loss to prejudice these rights. This means we will have the right to sue for or otherwise recover the loss from anyone else who may be held responsible.

---

## SECTION II - AUTO MEDICAL PAYMENTS
### Protection For You and Your Passengers For Medical Expenses

---

This policy provides this coverage if Medical Payments is listed on the **Declarations Page** and a premium is listed for the Coverage.

### DEFINITIONS

The definitions of terms shown under Section I apply to this Coverage. In addition, under this Coverage, *occupying* means in, upon, entering into or alighting from.

### PAYMENTS WE WILL MAKE

Under this Coverage, we will pay all reasonable expenses actually incurred by an *insured* within one year from the date of accident for necessary medical, surgical, x-ray, dental services, prosthetic devices, ambulance, hospital, professional nursing and funeral services. The one-year limit does not apply to funeral services.

We shall have the right and opportunity to conduct reviews of all applicable medical reports and records and all expenses incurred.

This Coverage applies to:

**1.** *You* and each *relative* who sustains *bodily injury* caused by an accident:

    (a) While *occupying* the *owned auto*;

    (b) While *occupying* a *non-owned auto* if *you* or *your relative* reasonably believe *you* have the owner's permission to use the auto and the use is within the scope of that permission; or

    (c) When struck as a pedestrian by an auto or *trailer*.

**2.** Any other person who sustains *bodily injury* caused by accident while *occupying* the *owned auto* while being used by *you*, a resident of *your* household, or other persons with *your* permission.

### EXCLUSIONS

#### When Section II Does Not Apply

Section II does not apply if one or more of the exclusions listed below applies:

**1.** There is no coverage for *bodily injury* arising out of the ownership, maintenance, or use of any motor vehicle while being used:

    (a) To carry persons or property for compensation or a fee;

    (b) For *ride-sharing*; or

    (c) For retail or wholesale delivery, including, but not limited to, the pickup, transport or delivery of magazines, newspapers, mail, food or any other products. This exclusion **1.** (c) does not apply to *bodily injury* arising out of the use of an *owned auto* or *non-owned auto* by an independent contractor delivering mail for the United States Postal Service.

This exclusion does not apply to *you* or any *relative* while a passenger and not operating the vehicle.

Further, a vehicle used in an ordinary car pool is covered. An ordinary car pool is one where:

    (i) An *insured* receives no payment for using a vehicle for a car pool ride; or

    (ii) An *insured* receives only reimbursement for expenses for using a vehicle for a car pool ride, the reimbursement an *insured* receives for providing the car pool ride does not exceed the reasonable cost of gas and depreciation for the distance traveled, and the reimbursement received by an *insured* is not required to be reported for income tax purposes.

**2.** There is no coverage for an *insured* while *occupying* a vehicle located for use as a residence or premises.

**3.** *You* and *your relatives* are not covered for *bodily injury* sustained while *occupying* or when struck by:

    (a) A farm-type tractor or other equipment designed for use principally off public roads, while not upon public roads; or

    (b) A vehicle operated on rails or crawler-treads.

**4.** There is no coverage for persons employed in the *auto business*, if the accident arises out of that business and if benefits are required to be provided under a workers' compensation law.

**5.** There is no coverage for *bodily injury* sustained due to *war*.

**6.** The United States of America or any of its Agencies are not covered as an *insured*, a third party beneficiary, or otherwise.

**7.** There is no coverage for *bodily injury* that results from nuclear exposure or explosion including resulting fire, radiation, or contamination.

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

8.  There is no coverage for *bodily injury* that results from bio-chemical attack or exposure to bio-chemical agents.

9.  Section II does not apply to:
    (a) *bodily injury* caused by a motor vehicle driven in or preparing for any racing, speed, or demolition contest or stunting activity of any nature, whether or not prearranged or organized; or
    (b) the operation or use of a motor vehicle on a track designed primarily for racing or high speed driving. This does not apply if the vehicle is being used in connection with an activity other than racing, high speed driving or any competitive driving.

10. There is no coverage for *bodily injury* while any *owned auto* is leased or rented to others or given in exchange for any compensation, including while operated, maintained or used as part of personal vehicle sharing facilitated by a *personal vehicle sharing program*. This exclusion does not apply to a *temporary substitute auto* operated by *you* or a *relative*, or other persons with *your* permission.

11. There is no coverage for *bodily injury* to any person arising out of an *owned auto* or *non-owned auto* while it is being operated by an *undisclosed operator*.
    However, this exclusion does not apply in the following situations:
    (a) At the time of the loss or accident, the driver was operating the *owned auto* or *non-owned auto* to obtain emergency medical treatment for a passenger in the *owned auto* or *non-owned auto*; or
    (b) At the time of the loss or accident, the driver was operating the *owned auto* or *non-owned auto* because all other licensed drivers in the *owned auto* or *non-owned auto* were intoxicated, and the driver was not intoxicated.
    Coverage applies only if someone reports the loss or accident to the police or civil authorities within 24 hours or as soon as practicable after the loss or accident occurred.

**LIMIT OF LIABILITY**

The limit of liability for Medical Payments stated in the **Declarations Page** is the limit we will pay for all costs incurred by or on behalf of each person who sustains *bodily injury* in one accident. This applies regardless of the number of persons insured or the number of autos or *trailers* to which this policy applies.

THIS MEANS THAT NO STACKING OR AGGREGATION OF MEDICAL PAYMENTS COVERAGE IS ALLOWED FOR TWO OR MORE AUTOS OR *TRAILERS*.

**OTHER INSURANCE**

These "Other Insurance" provisions govern an *insured's* rights when any other insurance policy provides medical payments insurance coverage against a loss covered by Section II of this policy. In no event shall these provisions be applied to increase the limit of insurance for Medical Payments stated in the limit of liability in the **Declarations Page**. If there is other applicable medical payments insurance on any other policy that applies to a loss covered by Section II of this policy, the coverage under Section II of this policy, subject to the LIMIT OF LIABILITY above, shall apply as excess insurance over all other applicable medical payments insurance coverage.

In no event shall the limit of liability of two or more autos or *trailers* be stacked, added together, combined, or aggregated to determine the total limit of medical payments insurance available to any *insured* when this policy applies as excess coverage or otherwise.

THIS MEANS THAT NO STACKING OR AGGREGATION OF MEDICAL PAYMENTS INSURANCE IS ALLOWED FOR TWO OR MORE AUTOS OR *TRAILERS*.

**CONDITIONS**

The following conditions apply to this Coverage:

1.  NOTICE
    As soon as possible after an accident, notice must be given to us or our authorized agent stating:
    (a) The identity of the *insured*;
    (b) The time, place, and details of the accident; and
    (c) The names and addresses of the injured, and of any witnesses.

2.  AUTO AND TRAILER
    An auto and an attached *trailer* are considered to be one auto.

3.  ACTION AGAINST US
    Suit will not lie against us unless the *insured* has fully complied with all the policy terms.

4.  MEDICAL REPORTS - PROOF AND PAYMENT OF CLAIMS
    As soon as possible, the injured person or their representative will furnish us with written proof of claim, under oath if required. After each request from us, they will give us written authority to obtain medical reports and copies of records. The injured person will submit to an examination by doctors chosen by us and at our expense as we may reasonably require.
    We may pay either the injured person, the doctor or other persons or organizations rendering medical services. These payments are made without regard to fault or legal liability of the *insured*.

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

**5.** SUBROGATION

When payment is made under this policy, we will be subrogated to all the *insured's* rights of recovery against others. The *insured* will help us to enforce these rights. The *insured* will do nothing after loss to prejudice these rights. This means we will have the right to sue for or otherwise recover the loss from anyone else who may be held responsible.

---

### SECTION III - PHYSICAL DAMAGE COVERAGES
### Your Protection for Loss Or Damage To Your Car

---

**DEFINITIONS**

The definitions of the terms *auto business*, *farm auto*, *non-owned auto*, *permissive user*, *personal vehicle sharing program*, *private passenger auto*, *relative*, *ride-sharing*, *temporary substitute auto*, *transportation network company*, *undisclosed operator*, *utility auto*, *war*, and *you* and *your* under Section I apply to Section III. Under this Section, the following special definitions apply:

**1.** *Actual cash value* is determined by the market value, age, and condition of the vehicle or property at the time the *loss* occurs.

**2.** *Collision* means *loss* caused by upset of the covered auto or its collision with another object, including an attached vehicle.

**3.** *Custom parts or equipment* means paint, equipment, devices, accessories, enhancements, and changes other than those which are original manufacturer installed, which:
(a) Are permanently installed or attached; or
(b) Alter the appearance or performance of a vehicle.
This includes any electronic equipment, antennas, and other devices used exclusively to send or receive audio, visual, or data signals, or to play back recorded media, other than those which are original manufacturer installed, that are permanently installed in the *owned auto* or a newly acquired vehicle using bolts or brackets, including slide-out brackets.

**4.** *Insured* means:
(a) Regarding the *owned auto*:
    (i) *You* and *your relatives*;
    (ii) A *permissive user*.
(b) Regarding a *non-owned auto*:
    *you* and *your relatives*, using the auto, if the actual operation or use is with the permission or reasonably believed to be with the permission of the owner and within the scope of that permission.

**5.** *Loss* means direct and accidental loss of or damage to the auto, including its equipment.

**6.** *Owned auto* means:
(a) Any vehicle described on the **Declarations Page** for which a premium is charged for that vehicle for the specific coverage sought under this Section III;
(b) A *private passenger auto*, *farm auto*, *utility auto*, or a *trailer*, ownership of which is acquired by *you* during the policy period or for which *you* enter into a lease during the policy period for a term of six months or more; if
    (i) It replaces an *owned auto* as described in (a) above; or
    (ii) We insure all *private passenger autos*, *farm autos*, *utility autos*, and *trailers* owned or leased by *you* on the date of such acquisition
    and *you* request us to add it to the policy within 30 days later;
(c) A *temporary substitute auto*.

**7.** *Trailer* means a trailer designed to be towed by a *private passenger auto* and not used as a home, residence, office, store, display or passenger trailer. *Trailer* does not mean a trailer with built-in sleeping facilities designed for recreational or camping use.

**PART I - COMPREHENSIVE AND COLLISION COVERAGE**

Comprehensive Coverage for an *owned auto* involved in the *loss* applies only when a premium is shown on the **Declarations Page** for Comprehensive Coverage for that vehicle.

Comprehensive Coverage for a *non-owned auto* involved in the *loss* applies only when a premium is shown on **Declarations Page** for Comprehensive Coverage.

Collision Coverage for an *owned auto* involved in the *loss* applies only when a premium is shown on the **Declarations Page** for Collision Coverage for that vehicle.

Collision Coverage for a *non-owned auto* involved in the *loss* applies only when a premium is shown on the **Declarations Page** for Collision Coverage.

With respect to coverage provided by this **PART**, the provisions of the policy apply unless modified by this **PART**.

**LOSSES WE PAY**

**Comprehensive (Excluding Collision)**

**1.** We will pay for each *loss*, less the applicable deductible, caused other than by *collision* to the *owned auto* or

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

*non-owned auto*. This includes glass breakage or *loss* caused by:

(a) Missiles;
(b) Falling objects;
(c) Fire;
(d) Lightning;
(e) Theft;
(f) Larceny;
(g) Explosion;
(h) Earthquake;
(i) Colliding with a bird or animal;
(j) Windstorm;
(k) Hail;
(l) Water;
(m) Flood;
(n) Malicious mischief;
(o) Vandalism;
(p) Riot; or
(q) Civil commotion.

At the option of the *insured*, breakage of glass caused by *collision* may be paid under the Collision coverage, if included in the policy. If the claim is only for damage to windshield glass, then no deductible will apply if the windshield glass is repaired instead of replaced.

2. *Losses* arising out of a single occurrence shall be subject to no more than one deductible.

**Collision**

1. We will pay for *collision loss* to the *owned auto* or *non-owned auto* for the amount of each *loss* less the applicable deductible.

2. *Losses* arising out of a single occurrence shall be subject to no more than one deductible.

**ADDITIONAL PAYMENTS WE WILL MAKE UNDER THE PHYSICAL DAMAGE COVERAGES**

1. We will reimburse the *insured* for transportation expenses incurred during the period beginning 48 hours after a theft of the entire auto covered by Comprehensive Coverage under this policy has been reported to us and the police. Reimbursement ends when the auto is returned to use or we pay for the *loss*.
   Reimbursement will not exceed $25.00 per day nor $750 per *loss*.

2. We will pay general average and salvage charges for which the *insured* becomes legally liable when the auto is being transported.

**EXCLUSIONS**

**When The Physical Damage Coverages Do Not Apply**

Section III does not apply to any claim or suit for damage if one or more of the exclusions listed below applies.

1. We do not cover loss to any motor vehicle while it is being used:
   (a) to carry persons or property for compensation or a fee;
   (b) for *ride-sharing*; or
   (c) for retail or wholesale delivery, including, but not limited to, the pick up, transport or delivery of magazines, newspapers, mail, food or any other products. This exclusion **1.** (c) does not apply to *loss* arising out of the use of an *owned auto* or *non-owned auto* by an independent contractor delivering mail for the United States Postal Service.
   However, a vehicle used in an ordinary car pool is covered. An ordinary car pool is one where:
   (i) An *insured* receives no payment for using a vehicle for a car pool ride; or
   (ii) An *insured* receives only reimbursement for expenses for using a vehicle for a car pool ride, the reimbursement an *insured* receives for providing the car pool ride does not exceed the reasonable cost of gas and depreciation for the distance traveled, and the reimbursement received by an *insured* is not required to be reported for income tax purposes.

2. *Loss* due to *war* is not covered.

3. We do not cover *loss* to a *non-owned auto* when used by the *insured* in the *auto business.*

4. There is no coverage for *loss* caused by and limited to wear and tear, freezing, mechanical, electrical, or electronic breakdown or failure, unless that damage results from a covered theft.

5. Tires, when they alone are damaged by *collision*, are not covered.

6. *Loss* due to radioactivity is not covered.

7. We do not cover *loss* to portable equipment, devices, accessories, and other personal effects that are not permanently installed. This includes, but is not limited to:
   (a) tapes, compact discs, cassettes, DVDs, and other recording or recorded media;
   (b) any case or other container designed for use in storing or carrying tapes, compact discs, cassettes, DVDs, or other recording or recorded media;
   (c) any device used for the detection or location of radar, laser, or other speed measuring equipment or its transmissions; and
   (d) CB radios, telephones, two-way mobile radios, DVD players, personal computers, personal digital assistants, or televisions.

8. We do not cover *trailers* when used for business or commercial purposes with vehicles other than *private passenger autos*, *farm autos*, or *utility autos*.

9. We do not cover *loss* to an *owned auto* or a *non-owned auto* that results from the action or inaction of any governmental or civil authorities because *you*, a *relative* or anyone else in possession or custody of that vehicle is engaged or is accused of engaging in illegal acts whether or not convicted by that governmental authority.

10. There is no coverage for *loss* that results from nuclear exposure or explosion including resulting fire, radiation or contamination.

11. There is no coverage for *loss* that results from bio-chemical attack or exposure to bio-chemical agents.

12. We do not cover *loss* for *custom parts or equipment*, in excess of $1,000, unless the existence of those *custom parts or equipment* has been previously reported to us and an endorsement to the policy has been added.

13. There is no coverage for any liability assumed under any contract or agreement.

14. There is no coverage for any *loss* or damage resulting from:
    (a) The acquisition of a stolen vehicle;
    (b) Any governmental, legal or other action to return a vehicle to its legal, equitable, or beneficial owner, or anyone claiming an ownership interest in the vehicle;
    (c) Any confiscation, destruction, seizure or impoundment of a vehicle by governmental authorities or civil authorities; or
    (d) The sale of an *owned auto*.

15. Section III does not apply to any *loss* caused by:
    (a) participation in or preparing for any racing, speed, or demolition contest or stunting activity of any nature, whether or not prearranged or organized; or
    (b) the operation or use of a motor vehicle on a track designed primarily for racing or high speed driving. This does not apply if the vehicle is being used in connection with an activity other than racing, high speed driving or any competitive driving.

16. There is no coverage while any *owned auto* is leased or rented to others or given in exchange for any compensation, including while operated, maintained or used as part of personal vehicle sharing facilitated by a *personal vehicle sharing program*. This exclusion does not apply to a *temporary substitute auto* operated by *you*, *your relatives* or a person or organization maintaining, using or having custody of the *temporary substitute auto* with *your* permission, if the use is within the scope of that permission.

17. *Loss* to the auto's equipment when not in or on the auto at the time of *loss*.

18. There is no coverage for *loss* or damage to an *owned auto* or *non-owned auto*, including *loss* to an attached *trailer*, while the *owned auto* or *non-owned auto* is being operated by an *undisclosed operator*.
    However, this exclusion does not apply in the following situations:
    (a) At the time of the *loss* or accident, the driver was operating the *owned auto* or *non-owned auto* to obtain emergency medical treatment for a passenger in the *owned auto* or *non-owned auto*; or
    (b) At the time of the *loss* or accident, the driver was operating the *owned auto* or *non-owned auto* because all other licensed drivers in the *owned auto* or *non-owned auto* were intoxicated, and the driver was not intoxicated.
    Coverage applies only if someone reports the *loss* or accident to the police or civil authorities within 24 hours or as soon as practicable after the *loss* or accident occurred.

## LIMIT OF LIABILITY

The limit of our liability for *loss*:

1. Is the *actual cash value* of the property at the time of the *loss*;

2. For the repair of the damaged property, will not exceed the prevailing competitive price to repair or replace the property at the time of *loss*, or any of its parts, including parts from non-original equipment manufacturers, with other of like kind and quality and will not include compensation for any diminution of value claimed to result from the *loss*. Although *you* have the right to choose any repair facility or location, the limit of liability for repair or replacement of such property is the prevailing competitive price we can secure from a competent and conveniently located repair facility. At *your* request, we will identify a repair facility that will perform the repairs or replacement at the prevailing competitive price;

3. To a *trailer* not owned by *you* is $500;

4. For *custom parts or equipment* is limited to the *actual cash value* of the *custom parts or equipment*, not to exceed the *actual cash value* of the vehicle. However, the most we will pay for *loss* to *custom parts or equipment* is $1,000, unless the existence of those *custom parts or equipment* has been previously reported to us and an endorsement to the policy has been added;

5. If a *non-owned auto* or *temporary substitute auto*, in operation while leased or rented for a fee, has a Manufacturer Suggested Retail Price above $100,000, the limit of liability for *loss* to the *non-owned auto* or *temporary substitute auto* is the highest of the *actual cash value* of any *owned auto* shown on the **Declarations Page**.

## OTHER INSURANCE

If the *insured* has other insurance against a *loss* covered by Section III, we will not owe more than our pro-rata share of the total coverage available.

Any insurance we provide for a vehicle *you* do not own shall be excess over any other valid and collectible insurance.

## CONDITIONS

The following conditions apply only to the Physical Damage Coverages:

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

1.  NOTICE

As soon as possible after a *loss*, notice must be given to us or our authorized agent stating:

(a)   The identity of the *insured*;

(b)   A description of the auto or *trailer*;

(c)  The time, place and details of the *loss*; and

(d)  The names and addresses of any witnesses.

In case of theft, the *insured* must promptly notify the police. In the case of theft of the entire vehicle, the *insured* must promptly notify the police that the vehicle was stolen. To be eligible as a covered *loss*, the police report must acknowledge and classify the report as theft of a motor vehicle. The *insured* must cooperate fully with the police investigation, with the claim investigation, and with the prosecution of any person(s) charged with theft, and with any civil suit brought by us against the person(s) responsible to recover for the *loss*.

2.  AUTO AND TRAILER

If this policy covers two or more autos or *trailers*, the limit of coverage and any deductibles apply separately to each.

3.  ASSISTANCE AND COOPERATION OF THE INSURED

The *insured* will cooperate and assist us, if requested:

(a)  In the investigation of the *loss*;

(b)  In making settlements;

(c)  In the conduct of suits;

(d)  In enforcing any right of subrogation against any legally responsible person or organization;

(e)  At trials and hearings;

(f)  In securing and giving evidence; and

(g)  By obtaining the attendance of witnesses.

4.  ACTION AGAINST US

Suit will not lie against us unless the policy terms have been complied with and until 30 days after proof of loss is filed and the amount of *loss* is determined.

If we retain salvage, we have no duty to preserve or otherwise retain the salvage for any purpose, including as evidence for any civil or criminal proceeding. If *you* ask us immediately after a loss to preserve the salvage for inspection, we will do so for a period not to exceed 30 days. *You* may purchase the salvage from us if *you* wish.

5.  INSURED'S DUTIES IN EVENT OF LOSS

In the event of *loss* the *insured* will:

(a)  Protect the auto, whether or not the *loss* is covered by this policy. Further *loss* due to the *insured's* failure to protect the auto will not be covered. Reasonable expenses incurred for this protection will be paid by us.

(b)  File with us, as soon as reasonably possible after a *loss*, their sworn proof of loss including all information we may reasonably require.

(c)  At our request, the *insured* will exhibit the damaged property.

6.  APPRAISAL

If we and the *insured* do not agree on the amount of *loss*, either may, within 60 days after proof of loss is filed, make a written demand for an appraisal of the *loss*. In that event, we and the *insured* will each select a competent appraiser. The appraisers will select a competent and disinterested umpire. The appraisers will state separately the *actual cash value* and the amount of the *loss*. If they fail to agree, they will submit the dispute to the umpire. An award in writing of any two will determine the amount of *loss*. We and the *insured* will each pay their chosen appraiser and will bear equally the other expenses of the appraisal and umpire.

We will not waive our rights by any of our acts relating to appraisal.

7.  PAYMENT OF LOSS

We may at our option:

(a)  Pay for the *loss*; or

(b)  Repair or replace the damaged or stolen property.

At any time before the *loss* is paid or the property replaced, we may return any stolen property to *you* or to the address shown in the **Declarations Page** at our expense with payment for covered damage. We may take all or part of the property at the agreed or appraised value, but there will be no abandonment to us. We may settle claims for *loss* either with the *insured* or the owner of the property.

8.  NO BENEFIT TO BAILEE

This insurance does not apply directly or indirectly to the benefit of a carrier or other bailee for hire liable for the *loss* of the auto.

9.  SUBROGATION

When payment is made under this policy, we will be subrogated to all the *insured's* rights of recovery against others. The *insured* will help us to enforce these rights. The *insured* will do nothing after *loss* to prejudice these rights. This means we will have the right to sue for or otherwise recover the *loss* from anyone else who may be held responsible.

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

**10.** ASSIGNMENT

With respect to Section III, Physical Damage Coverages, an assignment of interest under this policy will not bind us without our consent. Any nonconforming assignment shall be void and invalid. Moreover, the assignee of a nonconforming assignment shall acquire no rights under this contract and we shall not recognize any such assignment.

## PART II - EMERGENCY ROAD SERVICE COVERAGE

Emergency Road Service Coverage for the vehicle involved applies only when a premium is shown on the **Declarations Page** for Emergency Road Service for that vehicle.

With respect to coverage provided by this **PART**, the provisions of **PART I** and the policy apply unless modified by this **PART**.

### LOSSES WE WILL PAY

If an *owned auto* or *non-owned auto* becomes disabled, we will determine and pay reasonable and customary expenses an *insured* incurs for the following:

**1.** Battery jump start or labor to install a new battery purchased at the *insured's* expense, performed where the *owned auto* or *non-owned auto* became disabled;

**2.** Lockout services up to $100 per lockout if keys to the *owned auto* or *non-owned auto* are lost, broken or accidentally locked in the *owned auto* or *non-owned auto*. Lockout services does not include the cost to repair, replace, or reprogram any lost, stolen or damaged electronic or digital keys, including, but not limited to, key fobs;

**3.** Towing from where the *owned auto* or *non-owned auto* became disabled, as long as it can be safely reached from a normally traveled road by a service vehicle with automobile servicing equipment operated by one person, to either
(a)  the nearest repair facility; or
(b)  customer destination of choice
that is within 15 miles from the location of disablement.

**4.** Winching the *owned auto* or *non-owned auto* as long as it can be safely reached from a normally traveled road by a service vehicle with automobile servicing equipment operated by one person;

**5.** Delivery of gas. WE DO NOT PAY FOR THE COST OF THE GAS;

**6.** Changing a flat tire with the *insured's* operable spare at the location where the *owned auto* or *non-owned auto* became disabled.

**7.** Battery Electric Vehicle (BEV) charging at the location of disablement for up to 20 minutes of plugged-in charging. Any additional plugged-in charging time is at the *insured's* expense and paid by the *insured* directly to the road service provider.

### EXCLUSIONS

#### When The Emergency Road Service Coverage Does Not Apply

We will not provide Emergency Road Service Coverage for:

**1.** more than one reimbursement per disablement;

**2.** more than three (3) covered emergencies for any single covered auto during the policy period;

**3.** the cost of gas, oil, batteries, or tire(s);

**4.** the delivery of air, inflation of a tire(s), or patching of a tire(s);

**5.** the costs of replacement keys, or the labor to make replacement keys;

**6.** any parts, labor, fluids or other materials or charges necessary for the completion of any repair;

**7.** installation of products or material not related to the disablement;

**8.** mounting or removing of snow tires or chains;

**9.** any repairs, labor or towing not specifically listed under **LOSSES WE WILL PAY** - **Emergency Road Service Coverage**;

**10.** any vehicle:
(a)  driven off established roads;
(b)  driven in areas not designed for private passenger automobile traffic;
(c)  disabled and/or stuck due to participation in and/or preparation for driving a vehicle through a pit of mud or on a mud track, whether or not prearranged or organized; or
(d)  disabled and/or stuck intentionally by any *insured*;

**11.** any vehicle arising from impoundment or abandonment;

**12.** any vehicle illegally parked or associated with illegal activity;

**13.** auto storage charges;

**14.** any covered auto while being used in connection with *ride-sharing* activity; or

**15.** any covered auto while being used in connection with a *personal vehicle sharing program*. However, this shall not apply when a covered auto is being used by *you* or a *relative*.

### OBTAINING SERVICE

*You* may secure service under this coverage for Emergency Road Service Coverage in the following manner:

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

**SIGN AND DRIVE**

The first method, called sign and drive, allows the *insured* to contact GEICO Emergency Road Service via its mobile app or a toll-free number to initiate the dispatch of a service vendor. Upon verification of Emergency Road Service (ERS) coverage, reasonable and necessary charges for covered services provided will be automatically billed to the Company by the Service vendor. The *insured* need only sign a receipt at the time of service which authorizes the company to directly pay the service vendor. Any charges, expenses, or other fees not specifically addressed above in **LOSSES WE WILL PAY**, or lockout services in excess of $100, are not covered and are at the *insured's* own expense.

If we are unable to locate and dispatch a service vendor to an *insured* and the *insured* hires services without the assistance of a GEICO Emergency Road Service representative, we will reimburse an *insured* only as addressed above in **LOSSES WE WILL PAY**.

**HIRED SERVICES**

The second method occurs when the insured does not use the sign and drive feature described above and hires services without prior approval from the Emergency Road Service (ERS) Department. Upon verification of Emergency Road Service (ERS) coverage, for covered services provided, up to a limit of $100 will apply. Lockout services are limited to $100. Requests for reimbursement must be accompanied by an original itemized receipt and must be submitted within 60 days of service, however, no claim will be denied based upon the insured's failure to provide notice within such specified time, unless this failure operates to prejudice the rights of the insurer, as per Missouri regulation 20 CSR 100-1.020.

## CONTINUATION OF COVERAGE

Upon each renewal period, we reserve the right to review the continuation of the ERS coverage. Removal of the ERS coverage from the policy is subject to underwriting review process at each renewal. All vehicles listed on the policy with the ERS coverage are subject to this review.

## PART III - RENTAL REIMBURSEMENT COVERAGE

Rental Reimbursement Coverage for the vehicle involved in the *loss* applies only when a premium is shown on the **Declarations Page** for Rental Reimbursement for that vehicle.

With respect to coverage provided by this **PART**, the provisions of **PART I** and the policy apply unless modified by this **PART**.

When there is a *loss* to an *owned auto* for which a specific premium charge indicates that rental reimbursement coverage is afforded:

We will reimburse the *insured* toward costs the *insured* incurs to rent an auto. Reimbursement will not exceed the limits described in the **Declarations Page** and payment will be limited to a reasonable and necessary period of time required to repair or replace the *owned auto*. This coverage applies only if:

**1.** The *owned auto* is withdrawn from use for more than 24 consecutive hours; and

**2.** The *loss* to the *owned auto* is covered under comprehensive or collision coverage of this policy.

When there is a total theft of the entire auto, we will reimburse the *insured* toward costs the *insured* incurs to rent an auto, subject to the following limitations:

**1.** This coverage will reimburse the *insured* for reasonable rental expenses beginning 48 hours after a theft of the entire vehicle covered under the comprehensive coverage of this policy;

**2.** This coverage may be used to reimburse reasonable rental expenses in excess of those provided by Section III, Part I of the policy if and to the extent the coverage limits under rental reimbursement exceed those provided in Section III of the policy. In that event, the amount payable is the amount by which this coverage exceeds those described in Section III, Part I of the policy; and

**3.** Subject to number **2.** above, in no event shall the total amount payable under both this coverage and the supplemental coverage in Section III of the policy exceed the daily limit of coverage provided by this coverage.

Reimbursement for rental charges shall end the earliest of when the *owned auto* has been:

**1.** Returned to *you*;

**2.** Repaired;

**3.** Replaced; or

**4.** Deemed a total loss by us:

   (a) Seventy-two (72) hours after we pay the applicable limit of liability under Section III, Part I; or

   (b) Seventy-two (72) hours after our initial settlement offer;

   whichever comes first.

However, when there is a total theft of an *owned auto*, reimbursement for rental charges shall end the earliest of:

**1.** The date the auto is returned to use if the vehicle is recovered before payment of the total theft claim to *you* or the owner of the vehicle; or if the vehicle is not recovered;

**2.** Seventy-two (72) hours after our initial settlement offer of the *actual cash value* of the *owned auto*; or

**3.** Seventy-two (72) hours after the failure to provide either a proof of loss or recorded statement if requested by us.

No deductible applies to this coverage.

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

**CONDITIONS**

In the case of theft of the entire auto, the *insured* must promptly notify the police that the vehicle was stolen. To be eligible as a covered *loss*, the police report must acknowledge and classify the report as theft of a motor vehicle. The *insured* must cooperate fully: with the policy investigation, with the prosecution of any person(s) charged with theft and any civil suit brought by us against the person(s) responsible to recover for the *loss*.

This coverage is subject to all the provisions and conditions of Section III, Part I of the policy,

**PART IV - MECHANICAL BREAKDOWN PROTECTION COVERAGE**

Mechanical Breakdown Protection Coverage for the vehicle involved applies only when a premium is shown on the **Declarations Page** for Mechanical Breakdown for that vehicle.

With respect to coverage provided by this **PART**, the provisions of **PART I** and the policy apply unless modified by this **PART**.

The amount of applicable deductible shown in the policy **Declarations Page** shall apply to each *loss* under the Mechanical Breakdown Coverage. A $50 deductible shall apply to glass breakage without any other damage to the auto, unless *you* carry comprehensive coverage without a deductible.

**MECHANICAL BREAKDOWN PROTECTION**

We will pay for *loss* caused other than by *collision* or under the comprehensive coverage due to the mechanical breakdown of the *owned auto*. *Losses* from mechanical breakdown shall not be accumulated to reach the deductible.

**DEFINITIONS**

The following special definitions apply with respect to mechanical breakdown protection only:

*Loss* means all risk of physical damage to the *owned auto* or its equipment.

*Owned auto* means any vehicle described in the policy **Declarations Page** for which a specific premium charge indicates there is coverage for mechanical breakdown.

*Owned auto* does not include:
    a)  a newly acquired vehicle;
    b)  a replacement vehicle; or
    c)  a *temporary substitute auto*.

**EXCLUSIONS**

**When This Coverage Does Not Apply**

For mechanical breakdown protection, the following exclusion is deleted:

There is no coverage for damages caused by and limited to wear and tear, freezing, mechanical, electrical, or electronic breakdown or failure, unless that damage results from a covered theft.

The following exclusions are added:

A.  Oxidation and rust damage are not covered.

B.  Damage caused intentionally by *you* or any other person using an *owned auto* with *your* permission is not covered. However, this exclusion does not apply for a *loss* to an *owned auto* to the extent of the legal interest of an innocent *insured*, if:
    a)  the *loss* is caused as a result of a pattern of domestic violence by *you* or a *relative*, or any person residing in *your* household; and
    b)  the innocent *insured* claiming the *loss*:
        (i)   did not cooperate in or contribute to the creation of the *loss*;
        (ii)  files a police report; and
        (iii) completes a sworn affidavit for us that indicates both the cause of the *loss* and a pledge to cooperate in any criminal prosecution of the person who committed the act causing the *loss*.
    We will not make any subsequent payment to any other person for the part of any *loss* for which the innocent *insured* has received payment.

C.  *Loss* due to misuse, alteration, or **lack of proper maintenance** is not covered. **Proper maintenance** is the recommended vehicle maintenance as outlined in the owner's manual provided by the manufacturer.

D.  Tire wear or other tire damage is not covered.

E.  Normal wear and tear is not covered.

F.  Routine maintenance services and parts are not covered. This includes; but is not limited to:
    a)  engine tune up;
    b)  suspension alignment;
    c)  wheel balancing;
    d)  filters;
    e)  lubrication;
    f)  engine coolant;
    g)  fluids;
    h)  spark or glow plugs;

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

    i) brake pads;

    j) brake linings; and

    k) brake shoes.

G. Any *loss* to the extent covered by warranty, recall or voluntary repair programs is not covered.

H. Any *loss* to a *non-owned auto* or to a *temporary substitute auto* is not covered.

I. Any *loss* to a newly acquired or replacement auto is not covered.

J. Any pre-existing *loss* or damage to any insured auto is not covered.

K. Mechanical Breakdown Coverage will terminate either when the odometer reading exceeds 100,000 miles or when the age of the vehicle is 7 years old, whichever occurs earlier.

## OTHER INSURANCE

For the purposes of this coverage only, if *you* have other insurance against a *loss* covered by mechanical breakdown protection, this policy will apply as excess insurance over such other valid and collectible insurance.

## CONDITIONS

For the purposes of this coverage only, the following condition is revised with respect to mechanical breakdown protection:

Item (e) is added to Condition **1.** NOTICE:

    (e) the location of the *owned auto*.

The following condition is added with respect to mechanical breakdown protection:

    For this coverage to be applicable, repairs may not be undertaken prior to obtaining authorization from us.

---

### SECTION IV - UNINSURED MOTORISTS COVERAGE AND UNDERINSURED MOTORIST COVERAGE
### Protection For You And Your Passengers For Injuries Caused By Uninsured, Underinsured And Hit-And-Run Motorists

---

## PART I - UNINSURED MOTORISTS COVERAGE
## DEFINITIONS

The definitions of terms for Section I apply to Section IV Part I except for the following special definitions:

**1.** *Hit-and-run vehicle* means:

a motor vehicle causing *bodily injury* to an *insured* with or without physical contact with them or with a vehicle they are *occupying* at the time of the accident and whose operator or owner cannot be identified; provided the *insured* or someone on their behalf:

(a) Reports the accident within 24 hours, after discovery of the accident, to a police, peace or judicial officer or to the Commissioner of Motor Vehicles;

(b) Files with us within 30 days, after our request, a statement setting forth the facts of the accident and claiming that they have a cause of action for damages against an unidentified person; and

(c) Makes available for inspection, at our request, the auto occupied by the *insured* at the time of the accident. If there is no physical contact with the *hit-and-run vehicle*, the facts of the accident must be proven. We will accept competent evidence.

**2.** *Insured* means:

(a) *You*;

(b) *Relatives*;

(c) Any other person while *occupying* an *owned auto* with *your* consent and who is not an *undisclosed operator*;

(d) *Your* spouse if a resident of *your* household, unless *your* souse is an *undisclosed operator*.

(e) Any person who is entitled to recover compensatory damages because of *bodily injury* sustained by an *insured* under (a), (b), (c) or (d) above.

If there is more than one *insured*, our limit of liability will not be increased.

**3.** *Insured auto* is an auto:

(a) Described in the **Declarations Page** and covered by the Bodily Injury Liability coverage of this policy.

(b) Of the *private passenger auto*, *farm auto*, or *utility auto* type, ownership of which *you* acquire during the policy period, if:

    (i) It replaces an *owned auto*; or

    (ii) We insure all *private passenger autos*, *farm autos*, and *utility autos* owned by *you* on the date of the acquisition,

    and *you* ask us to add it to the policy no more than 30 days later.

(c) Temporarily substituted for an *insured auto* when withdrawn from normal use because of its breakdown, repair, servicing, loss, or destruction.

(d) Operated by *you*.

But the term *insured auto* does not include:

    (i) An auto used to carry passengers or goods for hire, except in a car pool;

    (ii) An auto being used without the owner's permission; or

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

(iii)  Under subparagraphs (b), (c) and (d) above, an auto owned by or furnished for the regular use of an *insured*.

4.  ***Occupying*** means in, upon, entering into or alighting from.

5.  ***State*** includes the District of Columbia, the territories and possessions of the United States, and the Provinces of Canada.

6.  ***Uninsured motor vehicle*** is a vehicle, including a ***trailer*** of any type, which has no bodily injury liability bond or insurance policy applicable with liability limits complying with the Financial Responsibility Law of the state   in which the ***insured auto*** is principally garaged at the time of an accident, or a ***hit-and-run vehicle***. This term also includes a vehicle for which there is a bodily injury liability insurance policy applicable at the time of the accident but the Company writing the policy is or becomes insolvent or denies coverage.

The term ***uninsured motor vehicle*** does not include:

(a)  An ***insured auto***;

(b)  A vehicle owned or operated by a self-insurer within the meaning of any motor vehicle financial responsibility law, motor carrier law, or any similar law;

(c)  A vehicle owned by the United States of America, any other national government, a ***state***, or a political sub-division of any such government or its agencies;

(d)  A land motor vehicle or ***trailer*** operated on rails or crawler-treads or located for use as a residence or premises; and

(e)  A farm-type tractor or equipment designed for use principally off public roads, except while used upon public roads.

## LOSSES WE PAY

Under the Uninsured Motorists Coverage we will pay damages for ***bodily injury*** to that ***insured*** which that ***insured*** is legally entitled to recover from the owner or operator of an ***uninsured motor vehicle*** or ***hit-and-run vehicle*** arising out of the ownership, maintenance or use of that auto.

The amount of the ***insured's*** recovery for these damages will be determined by agreement between the ***insured*** or their representative and us. The dispute may be arbitrated if an agreement cannot be reached.

## EXCLUSIONS

### When Section IV, Part I Does Not Apply

Section IV, Part I does not apply to any claim or suit for damage if one or more of the exclusions listed below applies:

1.  This coverage does not apply to ***bodily injury*** to an ***insured*** if the ***insured*** or their legal representative has made a settlement with an uninsured motorist without our prior written consent, or has been awarded a judgment of their claim.

2.  ***Bodily injury*** to an ***insured*** while ***occupying*** or through being struck by an ***uninsured motor vehicle*** owned by an ***insured*** or a ***relative*** is not covered.

3.  We do not cover the United States of America or any of its agencies as an ***insured***, a third party beneficiary or otherwise.

4.  We do not cover any person while ***occupying*** a vehicle described in the **Declarations Page** on which Uninsured Motorists Coverage is not carried.

5.  Regardless of any other provision of this policy, there is no coverage for punitive damages, exemplary damages, or damage for aggravating circumstances.

6.  ***Bodily injury*** that results from nuclear exposure or explosion including resulting fire, radiation or contamination is not covered.

7.  ***Bodily injury*** that results from bio-chemical attack or exposure to bio-chemical agents is not covered.

8.  This coverage does not apply to any liability assumed under any contract or agreement.

9.  This coverage does not apply to damage caused by an ***insured's***:

(a)  participation in or preparation for any racing, speed or demolition contest or stunting activity of any nature, whether or not prearranged or organized; or

(b)  operation or use of a motor vehicle on a track designed primarily for racing or high speed driving. This does not apply if the vehicle is being used in connection with an activity other than racing, high speed driving or any competitive driving.

10.  There is no coverage under this Section while any ***owned auto*** is leased or rented to others or given in exchange for any compensation, including while operated, maintained or used as part of personal vehicle sharing facilitated by a ***personal vehicle sharing program***. This exclusion does not apply to a ***temporary substitute auto*** operated by ***you*** or a ***relative***, or by any other person using the ***temporary substitute auto*** with ***your*** permission, if the use is within the scope of that permission.

11.  There is no coverage for ***bodily injury*** under this Section while any motor vehicle is being used:

(a)  to carry persons or property for compensation or a fee;

(b)  for ***ride-sharing***; or

(c)  for retail or wholesale delivery, including, but not limited to, the pick up, transport or delivery of magazines, newspapers, mail, food or any other products. This exclusion **11.** (c) does not apply to the use of an ***owned auto*** or ***non-owned auto*** by an independent contractor delivering mail for the United States Postal Service.

This exclusion does not apply to *you* or any *relative* while a passenger and not operating the motor vehicle. Further, a vehicle used in an ordinary car pool is covered. An ordinary car pool is one where:

    (i)   An *insured* receives no payment for using a vehicle for a car pool ride; or

    (ii)   An *insured* receives only reimbursement for expenses for using a vehicle for a car pool ride, the reimbursement an *insured* receives for providing the car pool ride does not exceed the reasonable cost of gas and depreciation for the distance traveled, and the reimbursement received by an *insured* is not required to be reported for income tax purposes.

**12.** We do not cover any person suffering *bodily injury* who is not an *insured* under this policy.

**13.** There is no coverage for *bodily injury* caused by an *uninsured motor vehicle* while an *owned auto* or *non-owned auto* is being driven by an *undisclosed operator*.

However, this exclusion does not apply in the following situations:

    (a)   At the time of the loss or accident, the driver was operating the *owned auto* or *non-owned auto* to obtain emergency medical treatment for a passenger in the *owned auto* or *non-owned auto*; or

    (b)   At the time of the loss or accident, the driver was operating the *owned auto* or *non-owned auto* because all other licensed drivers in the *owned auto* or *non-owned auto* were intoxicated, and the driver was not intoxicated.

Coverage applies only if someone reports the loss or accident to the police or civil authorities within 24 hours or as soon as practicable after the loss or accident occurred.

## LIMIT OF LIABILITY

Regardless of the number of autos or *trailers* to which this policy applies:

**1.** The limit of liability for Uninsured Motorists coverage stated in the **Declarations Page** as applicable to "each person" is the limit of our liability for all damages, including those for care and/or loss of service, and/or loss of consortium, due to *bodily injury* to one person as the result of one occurrence.

**2.** The limit of liability for Uninsured Motorists coverage stated in the **Declarations Page** as applicable to "each occurrence" is, subject to the above provision respecting each person, the total limit of our liability for all such damages, including damages for care and/or loss of service, and/or loss of consortium, because of *bodily injury* to two or more persons as the result of one accident.

The amount payable under this Coverage will be reduced by all amounts:

    (a)   Paid by or for all persons or organizations liable for the injury; and/or

    (b)   Paid or payable under the Bodily Injury Liability coverage of this policy.

## OTHER INSURANCE

**1.** If there is applicable Uninsured Motorists Coverage insurance available under one or more policies or provisions of coverage issued by other insurance companies that is similar to the insurance being provided under Section IV of this policy, any recovery for damages under all such other policies or provisions of coverage may equal but not exceed the highest applicable limit for any one motor vehicle under any one policy providing coverage on either a primary or excess basis.

**2.** Any Uninsured Motorists Coverage we provide, subject to the LIMIT OF LIABILITY under Section IV, for an *insured* while not *occupying* an *owned auto* shall be excess over any other collectible Uninsured Motorists Coverage.

**3.** If the coverage under this policy is provided:

    (a)   On a primary basis, subject to the LIMIT OF LIABILITY under Section IV, we will pay only our share of the damages that must be paid under insurance providing Uninsured Motorists Coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability of coverage provided on a primary basis.

    (b)   On an excess basis, subject to the LIMIT OF LIABILITY under Section IV, we will pay only our share of the damages that must be paid under insurance providing Uninsured Motorists Coverage on an excess basis by another company other than us. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on an excess basis.

## EFFECT OF UNINSURED MOTORISTS INSURANCE LAWS OR FINANCIAL RESPONSIBILITY LAWS

If an applicable uninsured motorists law or financial responsibility law renders any provision of this Section of the policy unenforceable, we will provide only the minimum limits mandated by such law.

## ARBITRATION

Except as set forth in the last sentence of this paragraph, any dispute arising between any *insured* and us regarding:

    (a)   The extent to which the *insured* is legally entitled to recover against an owner or operator of an *uninsured motor vehicle* (i.e., issues of liability); or

    (b)   The amount of damages sustained by the *insured*

may be arbitrated. However, neither the *insured* nor we will be required to arbitrate unless arbitration is expressly required by state law. Binding arbitration will not be used to resolve disputes regarding policy interpretation, the existence of this coverage in a particular policy, or the application of this coverage to a particular claim or claimant. We will be obligated to pay no more than the applicable policy limits for this coverage regardless of whether an arbitration results in an award in excess of the applicable policy limits for this coverage as defined in this policy.

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

Unless otherwise required by state law, the method, manner and format of any arbitration process will be subject to agreement by *you* and us. Attorney fees and expenses will be paid by the party incurring them.

**TRUST AGREEMENT**

When we make a payment under this Coverage:

1.  We will be entitled to repayment of that amount out of any settlement or judgment the *insured* recovers from any person or organization legally responsible for the *bodily injury*.
2.  The *insured* will hold in trust for our benefit all rights of recovery which they may have against any person or organization responsible for these damages. The *insured* will do whatever is necessary to secure all rights of recovery and will do nothing after the loss to prejudice these rights.
3.  At our written request, the *insured*, in their own name, will take through a designated representative appropriate actions necessary to recover payment for damages from the legally responsible person or organization. The *insured* will pay us out of the recovery for our expenses, costs and attorneys' fees.
4.  The *insured* will execute and furnish us with any needed documents to secure their rights and obligations, and our rights and obligations.

**CONDITIONS**

The following conditions apply only to the Uninsured Motorists Coverage:

1.  NOTICE

    As soon as possible after an accident, notice must be given to us or our authorized agent stating:

    (a) The identity of the *insured*;

    (b) The time, place and details of the accident; and

    (c) The names and addresses of the injured, and of any witnesses.

    If the *insured* or their legal representative files suit before we make a settlement under this coverage, they must immediately provide us with a copy of the pleadings.

2.  ASSISTANCE AND COOPERATION OF THE INSURED

    After we receive notice of a claim, we may require the *insured* to take any action necessary to preserve their recovery rights against any allegedly legally responsible person or organization. We may require the *insured* to make that person or organization a defendant in any action against us.

3.  ACTION AGAINST US

    Suit will not lie against us unless the *insured* or their legal representative have fully complied with all the policy terms.

4.  PROOF OF CLAIM - MEDICAL REPORTS

    As soon as possible, the *insured* or other person making claim must give us written proof of claim, under oath if required. This will include details of the nature and extent of injuries, treatment, and other facts which may affect the amount payable.

    The *insured* and other persons making claim must submit to examination under oath by any person named by us when and as often as we may reasonably require. Proof of claim must be made on forms furnished by us unless we have not furnished these forms within 10 days after receiving notice of claim.

    The injured person will submit to examination by doctors chosen by us, at our expense, as we may reasonably require. In the event of the *insured's* incapacity or death, their legal representative must, at our request, authorize us to obtain medical reports and copies of records.

5.  PAYMENT OF LOSS

    Any amount due is payable:

    (a) To the *insured* or their authorized representative;

    (b) If the *insured* is a minor, to their parent or guardian; or

    (c) If the *insured* is deceased, to their surviving spouse; otherwise

    (d) To a person authorized by law to receive the payment; or to a person legally entitled to recover payment for the damages.

    We may, at our option, pay an amount due in accordance with (d) above.


**PART II - UNDERINSURED MOTORIST COVERAGE**

Coverage is provided only where a premium and limit of liability is shown for Underinsured Motorist on the **Declarations Page**.

With respect to coverage provided by this **PART**, the provisions of the policy apply unless modified by this **PART**.

**DEFINITIONS**

The definitions in Section I apply to Section IV Part II except for the following special definitions:

1.  *Insured* means:

    (a) *You*;

    (b) *Relatives*;

    (c) Any other person while *occupying* an *insured auto* with *your* consent and who is not an *undisclosed operator*;

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

(d) Any person who is entitled to recover compensatory damages because of **bodily injury** sustained by an **insured** under (a), (b) or (c) above.

If there is more than one **insured**, our limits of liability will not be increased.

2. **Insured auto** is an auto:
(a) Described in the **Declarations Page** and covered by the Bodily Injury Liability coverage of this policy.
(b) Of the **private passenger auto, farm auto**, or **utility auto** type, ownership of which **you** acquire during the policy period, if
   (i) It replaces an **owned auto**; or
   (ii) We insure all **private passenger autos, farm autos**, and **utility autos** owned by **you** on the date of the acquisition,
   and **you** ask us to add it to the policy no more than 30 days later.
(c) Temporarily substituted for an **insured auto** when withdrawn from normal use because of its breakdown, repair, servicing, loss or destruction.
(d) Operated by **you**.
But the term **insured auto** does not include:
   (i) An auto used to carry passengers or goods for hire except in a car pool;
   (ii) An auto being used without the owner's permission; or
   (iii) Under subparagraphs (b) and (c) above, an auto owned by or furnished for the regular use of an **insured**.
3. **Occupying** means in, upon, entering into or alighting from.
4. **State** includes the District of Columbia, the territories and possessions of the United States and the Provinces of Canada.
5. **Underinsured motor vehicle** means a land motor vehicle or trailer of any type to which a bodily injury liability bond or policy applies at the time of the accident but its limit for bodily injury liability is less than the limit of liability for this coverage.
The term **underinsured motor vehicle** does not include a motor vehicle:
(a) Which is an **insured auto**;
(b) Owned or operated by a self-insurer under any applicable motor vehicle law;
(c) Owned or operated by:
   (i) The United States of America;
   (ii) Any national government;
   (iii) A **state**; or
   (iv) A political subdivision of any such government and its agencies.
(d) Operated on crawler treads;
(e) While located for use as a residence or premises;
(f) Designed for use mainly off public roads except while used on public roads;
(g) To which a bodily injury liability bond or policy applies at the time of the accident but the bonding or insuring company:
   (i) Denies coverage; or
   (ii) Becomes insolvent.
(h) For which neither a liability bond or policy applies at the time of the accident.

## LOSSES WE PAY

Under the Underinsured Motorist Coverage we will pay damages the **insured** is legally entitled to recover for **bodily injury** to that **insured** caused by an accident and arising out of the ownership, maintenance or use of an **underinsured motor vehicle**. However, we will not pay until the total of all bodily injury liability insurance available has been exhausted by payment of judgments or settlements.

## EXCLUSIONS

### When Section IV, Part II Does Not Apply

Under this Part, the following exclusions apply:

1. This coverage does not apply to **bodily injury** to an **insured** if the **insured** or their legal representative has made a settlement with an underinsured motorist without our prior written consent, or has been awarded a judgment of their claim.
2. **Bodily injury** to an **insured** while **occupying** or through being struck by an **underinsured motor vehicle** owned by an **insured** or a **relative** is not covered.
3. The Underinsured Motorist Coverage will not benefit any worker's compensation insurer, self-insurer or disability benefits insurer.
4. We do not cover the United States of America or any of its agencies as an **insured**, a third party beneficiary or otherwise.
5. **Bodily injury** to an **insured** while **occupying** or through being struck by any motor vehicle owned by the **insured** or a **relative** that is not described in the **Declarations Page**, or which is described in the **Declarations Page** but Underinsured Motorist Coverage is not carried, is not covered.

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

6.  Regardless of any other provision of this policy, there is no coverage for punitive damages, exemplary damages, or aggravating circumstances damages.

7.  There is no coverage under this Section while any *owned auto* is leased or rented to others or given in exchange for any compensation, including while operated, maintained or used as part of personal vehicle sharing facilitated by a *personal vehicle sharing program*. This exclusion does not apply to a *temporary substitute auto* operated by *you* or a *relative*, or by any other person using the *temporary substitute auto* with *your* permission, if the use is within the scope of that permission.

8.  There is no coverage for *bodily injury* under this Section while any motor vehicle is being used:
    (a)  to carry persons or property for compensation or a fee;
    (b)  for *ride-sharing*; or
    (c)  for retail or wholesale delivery, including, but not limited to, the pick up, transport or delivery of magazines, newspaper, mail, food or any other products. This exclusion **8.** (c) does not apply to the use of an *owned auto* or *non-owned auto* by an independent contractor delivering mail for the United States Postal Service.
    This exclusion does not apply to *you* or any *relative* while a passenger and not operating the motor vehicle.
    Further, a vehicle used in an ordinary car pool is covered. An ordinary car pool is one where:
    (i)  An *insured* receives no payment for using a vehicle for a car pool ride; or
    (ii)  An *insured* receives only reimbursement for expenses for using a vehicle for a car pool ride, the reimbursement an *insured* receives for providing the car pool ride does not exceed the reasonable cost of gas and depreciation for the distance traveled, and the reimbursement received by an *insured* is not required to be reported for income tax purposes.

9.  *Bodily injury* that results from nuclear exposure or explosion including resulting fire, radiation or contamination is not covered.

10.  *Bodily injury* that results from bio-chemical attack or exposure to bio-chemical agents is not covered.

11.  This coverage does not apply to any liability assumed under any contract or agreement.

12.  This coverage does not apply to damage caused by an *insured's*:
    (a)  participation in or preparation for any racing, speed or demolition contest or stunting activity of any nature, whether or not prearranged or organized; or
    (b)  operation or use of a motor vehicle on a track designed primarily for racing or high speed driving. This does not apply if the vehicle is being used in connection with an activity other than racing, high speed driving or any competitive driving.

13.  We do not cover any person suffering *bodily injury* who is not an *insured* under this policy.

14.  There is no coverage for *bodily injury* caused by an *underinsured motor vehicle* while an *owned auto* or *non-owned auto* is being driven by an *undisclosed operator*.
    However, this exclusion does not apply in the following situations:
    (a)  At the time of the loss or accident, the driver was operating the *owned auto* or *non-owned auto* to obtain emergency medical treatment for a passenger in the *owned auto* or *non-owned auto*; or
    (b)  At the time of the loss or accident, the driver was operating the *owned auto* or *non-owned auto* because all other licensed drivers in the *owned auto* or *non-owned auto* were intoxicated, and the driver was not intoxicated.
    Coverage applies only if someone reports the loss or accident to the police or civil authorities within 24 hours or as soon as practicable after the loss or accident occurred.

**LIMIT OF LIABILITY**

1.  The limit of liability for Underinsured Motorist coverage stated in the **Declarations Page** as applicable to "each person" is the limit of our liability for all damages, including those for care and/or loss of services and/or loss of consortium, due to *bodily injury* sustained by one person as the result of one accident. The "each person" limit stated in the **Declarations Page** is for reference purposes only. Under no circumstances do we have a duty to pay any *insured* entitled to Underinsured Motorist Coverage under this policy the entire "each person" limit of liability stated in the **Declarations Page** for this coverage.

2.  The limit of liability for Underinsured Motorist coverage stated in the **Declarations Page** as applicable to "each occurrence" is, subject to the above provision respecting each person, the total limit of liability for all such damages, including damages for care and/or loss of services and/or loss of consortium, because of *bodily injury* sustained by two or more persons as the result of one accident. The "each occurrence" limit stated in the **Declarations Page** is for reference purposes only. Under no circumstances do we have a duty to pay any *insured* entitled to Underinsured Motorist Coverage under this policy the entire "each occurrence" limit of liability stated in the **Declarations Page** for this coverage.

3.  When coverage is afforded to two or more autos, the limits of liability shall apply separately to each auto as stated in the **Declarations Page** but shall not exceed the highest limit of liability applicable to one auto. In no event shall the limit of liability of two or more autos or *trailers* be added together, combined, or stacked to determine the limit of Underinsured Motorist Coverage available to any *insured* under this policy.
    THIS MEANS THAT NO STACKING OR AGGREGATION OF UNDERINSURED MOTORIST COVERAGE

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

WHATSOEVER IS ALLOWED REGARDLESS OF THE NUMBER OF:

(a) *Insured autos* involved in the accident;
(b) Persons covered;
(c) Claims made;
(d) Autos or trailers involved in the loss;
(e) Premiums shown in the **Declarations Page**; or
(f) Premiums paid:

4. Subject to the limit of liability stated in the **Declarations Page** and above, our payment for Underinsured Motorist Coverage shall not exceed the lowest of:

(a) The amount by which the Underinsured Motorist coverage limit of liability stated in the **Declarations Page** reduced by:
 (i) The total limits of all bodily injury liability bonds and liability insurance policies available to the owner(s) or operator(s) of the *underinsured motor vehicle(s)*;
 (ii) The total paid because of the *bodily injury* by or on behalf of the persons or organizations who may be legally responsible;
 (iii) The total paid or payable under the Bodily Injury, Medical Payments, or Uninsured Motorists Coverages of the policy; and
 (iv) The total paid or payable under any disability benefits law or any similar law.

(b) The amount by which damages, including those for care and/or loss of service, and/or loss of consortium, due to *bodily injury* reduced by:
 (i) The total limits of all bodily injury liability bonds and liability insurance policies available to the owner(s) or operator(s) of the *underinsured motor vehicle(s)*;
 (ii) The total paid because of the bodily injury by or on behalf of the persons or organizations who may be legally responsible;
 (iii) The total paid or payable under the Bodily Injury, Medical Payments, or Uninsured Motorists Coverages of the policy; and
 (iv) The total paid or payable under any disability benefits law or any similar law.

5. Any Underinsured Motorist Coverage with limits of liability less than two times Missouri's minimum financial responsibility limits for *bodily injury* or death shall be construed to provide coverage in excess of the liability coverage of any *underinsured motor vehicle* involved in the accident.

## OTHER INSURANCE

1. These "Other Insurance" provisions govern *your* rights and those insured under this policy when any other insurance policy provides Underinsured Motorist Coverage for the same accident. In no event shall these provisions be applied to increase the limit of Underinsured Motorist Coverage stated in the LIMIT OF LIABILITY above.
2. If there is other applicable Underinsured Motorist Coverage on any other policy that applies to a loss covered by the Underinsured Motorist Coverage of this policy, the coverage under this policy, subject to the limit of Underinsured Motorist Coverage stated in the LIMIT OF LIABILITY above, is excess to all other applicable Underinsured Motorist Coverage policies issued by such other companies.
3. In no event shall the limit of liability applicable to two or more autos, motorcycles, or *trailers* be added together, combined, or stacked to determine the limit of Underinsured Motorist Coverage available to any *insured* under this policy. THIS MEANS THAT NO STACKING OR AGGREGATION OF UNDERINSURED MOTORIST COVERAGE INSURANCE WHATSOEVER IS ALLOWED UNDER THIS POLICY.

## ARBITRATION

Except as set forth in the last sentence of this paragraph, any dispute arising between any *insured* and us regarding:

(a) The extent to which the *insured* is legally entitled to recover against an owner or operator of an *underinsured motor vehicle* (i.e., issues of liability); or
(b) The amount of damages sustained by the *insured*

may be arbitrated. However, neither the *insured* nor we will be required to arbitrate unless arbitration is expressly required by state law. Binding arbitration will not be used to resolve disputes regarding policy interpretation, the existence of this Coverage in a particular policy, or the application of this Coverage to a particular claim or claimant. We will be obligated to pay no more than the applicable policy limits for this Coverage regardless of whether an arbitration results in an award in excess of the applicable policy limits for this Coverage as defined in this policy. Unless otherwise required by state law, the method, manner and format of any arbitration process will be subject to agreement by *you* and us. Attorney fees and expenses will be paid by the party incurring them.

## TRUST AGREEMENT

When we make a payment under this Coverage:

1. We will be entitled to repayment of that amount out of any settlement or judgment the *insured* recovers from any person or organization legally responsible for the *bodily injury*.
2. The *insured* will hold in trust for our benefit all rights of recovery which they may have against any person or organization responsible for these damages. They will do whatever is necessary to secure all rights of recovery. They

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

will do nothing after the loss to prejudice these rights.

3. At our written request, the *insured*, in their own name, will take through a designated representative appropriate actions necessary to recover payment for damages from the legally responsible person or organization. The *insured* will pay us out of the recovery for our expenses, costs and attorneys' fees.

4. The *insured* will execute and furnish us with any needed documents to secure their rights and obligations, and our rights and obligations.

**CONDITIONS**

The following conditions apply only to the Underinsured Motorist Coverage:

1. NOTICE

As soon as possible after an accident, notice must be given to us or our authorized agent stating:

(a) The identity of the *insured*;

(b) The time, place and details of the accident; and

(c) The names and addresses of the injured, and of any witness.

If the *insured* or their legal representative files suit before we make a settlement under their coverage, they must immediately provide us with a copy of the pleadings.

2. ASSISTANCE AND COOPERATION OF THE INSURED

After we receive notice of claim, we may require the *insured* to take any action necessary to preserve their recovery rights against any allegedly legally responsible person or organization. We may require the *insured* to make that person or organization a defendant in any action against us.

3. ACTION AGAINST US

We cannot be sued unless the *insured* and their legal representative have fully complied with all the policy terms.

4. PROOF OF CLAIM - MEDICAL REPORTS

As soon as possible, the *insured* or other person making claim must give us written proof of claim, under oath if required. This will include details of the nature and extent of injuries, treatment, and other facts which may affect the amount payable.

The *insured* and other persons making claim must submit to examination under oath by any person named by us when and as often as we may reasonably require. Proof of claims must be made on forms furnished by us unless we have not furnished these forms within 15 days after receiving notice of claim.

The injured person will submit to examination by doctors chosen by us, at our expense, as we may reasonably require.

In the event of the *insured's* incapacity or death, their legal representative must, at our request, authorize us to obtain medical reports and copies of records.

5. PAYMENT OF LOSS

Any amount due is payable:

(a) To the *insured* or their authorized representative;

(b) If the *insured* is a minor, to their parent or guardian; or

(c) If the *insured* is deceased, to their surviving spouse; otherwise

(d) To a person authorized by law to receive the payment; or to a person legally entitled to recover payment for the damages.

We may, at our option, pay any amount due in accordance with (d) above.

---

**SECTION V - GENERAL CONDITIONS**
**These Conditions Apply To All Coverages In This Policy**

---

**DEFINITIONS**

The definitions of the terms under Section I also apply to Section V.

1. TERRITORY

This policy applies only to accidents, occurrences or losses during the policy period within the United States of America, its territories or possessions, or Canada or when the auto is being transported between ports thereof.

2. PREMIUM

When *you* dispose of, acquire ownership of, or replace a *private passenger auto*, *farm auto*, or *utility auto*, any necessary premium adjustment will be made as of the date of the change and in accordance with our manuals.

3. CHANGES

The terms and provisions of this policy cannot be waived or changed, except by an amendment and/or endorsement issued to form a part of this policy.

The premium for each auto is based on the information we have in *your* file.

*You* agree:

(a) That we may adjust *your* policy premiums during the policy term if any of this information on which the premiums are based is incorrect, incomplete or changed.

(b) That *you* will cooperate with us in determining if this information is correct and complete.

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

(c)   That *you* will notify us of any changes in this information.

This information includes, but is not limited to:

    (i)   the number, type or use classification of *owned autos*;

    (ii)  the persons who regularly operate an *owned auto*;

    (iii) the persons of legal driving age residing in *your* household;

    (iv) the residents in *your* household;

    (v)  an operator's marital status;

    (vi) *your* mailing address and *your* residence address;

    (vii) the principal garaging address of any *owned auto*;

    (viii) coverage, deductibles, or limits of liability; or

    (ix) rating territory or discount eligibility.

Any calculation or recalculation of *your* premium or changes in *your* coverage will be based on the rules, rates and forms on file, if required, for our use in *your* state.

**4.**  BROADENED COVERAGE

If, after issuance of this policy, the coverage provided is extended or broadened at no charge, the new coverage will be provided to *you* as of the effective date of the change.

**5.**  ASSIGNMENT

*Your* rights and duties under this policy may not be assigned without our written consent.

If *you* die, this policy will cover *your* surviving spouse if covered under the policy prior to *your* death. Until the expiration of the policy term, we will also cover:

(a)   The executor or administrator of *your* estate, but only while operating an *owned auto* and while acting within the scope of their duties;

(b)   Any person having proper temporary custody of and operating the *owned auto*, as an *insured*, until the appointment and qualification of the executor or administrator of *your* estate.

**6.**  POLICY PERIOD

Unless otherwise canceled, this policy expires as shown in the **Declarations Page**. But, it may be continued by our offer to renew and *your* acceptance by payment of the required renewal premium prior to the expiration date. Each period begins and expires as stated in the **Declarations Page**.

**7.**  CANCELLATION BY THE INSURED

*You* may cancel this policy by notifying us of the date of cancellation, which must be later than the date *you* notify us. However, the cancellation date can be a previous date if *you* no longer have possession of the vehicle or it was insured elsewhere and *you* provide documentation as we may require. If this policy is canceled, *you* may be entitled to a premium refund. The premium refund, if any, will be computed on a pro rata basis.

**8.**  CANCELLATION BY US

To cancel this policy, we will mail to *you*, at the last known address, written notice stating when the cancellation is effective.

We will mail this notice:

(a)   10 days in advance if the cancellation is for nonpayment of premium or any of its installments when due;

(b)   10 days in advance if the policy has been in effect less than 60 days and it is not a renewal;

(c)   30 days in advance in all other cases.

A Post Office Receipt of Mailing shall be sufficient proof of notice. The policy ceases to be in effect as of the date and hour stated in the notice.

If this policy is cancelled, *you* may be entitled to a premium refund. The premium refund, if any, will be computed on a pro rata basis.

Payment or tender of unearned premium is not a condition of cancellation.

**9.**  CANCELLATION BY US IS LIMITED

After this policy has been in effect for 60 days, if the policy is a renewal policy, effective immediately, we will not cancel except for any of the following reasons:

(a)   *You* do not pay the initial premium on other than a renewal policy or any additional premiums for this policy or fail to pay any premium installment when due to us or our agent.

(b)   *You* are the only person named on the **Declarations Page** and *your* driver's license has been under suspension or revocation during the policy period. If more than one person is named on the **Declarations Page** and only one named person's driver's license is under suspension or revocation during the policy period, we will issue an exclusion providing by name, that coverage will not be provided under the terms of the policy if such person is operating an insured vehicle during any period of suspension or revocation.

(c)   *You* change *your* principal residence to a state where we do not issue new or renewal automobile insurance policies.

**10.** RENEWAL

We will not refuse to renew this policy unless written notice of our refusal to renew is mailed to *you*, at the last known

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

address, at least 30 days prior to the expiration date. A Post Office Receipt of Mailing shall be sufficient proof of notice.

The policy expires without notice if any of the following conditions exist:

(a)  *You* do not pay the premium as required to renew this policy.

(b)  *You* have informed us or our agent that *you* wish the policy to be cancelled or not renewed.

(c)  *You* do not accept our offer to renew or *you* refuse to provide us with renewal classification and rating information as we may require.

**11.** OTHER INSURANCE

If other insurance is obtained on *your* insured auto, any similar insurance afforded under this policy for that auto will terminate on the effective date of the other insurance.

**12.** DIVIDEND PROVISION

*You* may be entitled to share in a distribution of the surplus of the Company as determined by its Board of Directors from time to time.

**13.** DECLARATIONS

By accepting this policy, *you* agree that:

(a)  The statements in *your* application and in the **Declarations Page** are *your* agreements and representations;

(b)  This policy is issued in reliance upon the truth of these representations; and

(c)  This policy, along with the application and **Declarations Page**, embodies all agreements relating to this insurance. The terms of this policy cannot be changed orally.

**14.** FRAUD AND MISREPRESENTATION

This policy was issued in reliance upon the information provided on *your* insurance application. Coverage is not provided to any person who knowingly conceals or misrepresents any material fact or circumstance relating to this insurance. Material information provided on *your* insurance application includes, but is not limited to, information regarding license and driving history of *you*, *your relatives*, and all persons of driving age residing in *your* household; the description of the vehicles to be insured; the location of the principal place of garaging; and *your* place of residence. We will give *you* the opportunity to attest to the information provided on *your* insurance application by affixing *your* signature through physical or electronic means to all required forms. If *you* do not attest to the information provided on *your* insurance application within the required time frame, we may cancel *your* policy. We may cancel *your* policy at any time, including after the occurrence of an accident or loss, if *you* conceal or misrepresent any material facts or circumstances relating to this insurance or engage in fraudulent conduct:

(a)  At the time application is made;

(b)  At any time during the policy period; or

(c)  In connection with the presentation or settlement of a claim.

However, this shall not affect coverage under Section I - Liability Coverages of this policy up to the minimum limits required by the financial responsibility law of the State of Missouri for an accident that occurs before we notify the **Named Insured** that the policy is cancelled.  If we cancel this policy, *you* must reimburse us if we make a payment. When we have not cancelled or reformed *your* policy, we may still deny coverage for an accident or  loss if *you*, in connection with *your* policy application, in connection with any requested change, or at any time during the policy period, have concealed or misrepresented any material fact or circumstance or engaged in fraudulent conduct and that concealment, misrepresentation, or fraudulent conduct was material to a risk we assumed.

We may also deny coverage for an accident or loss if *you* or a person seeking coverage has concealed or misrepresented any material fact or circumstance, or engaged in fraudulent conduct, in connection with the presentation or settlement of a claim.

**15.** EXAMINATION UNDER OATH

The *insured* or any other person seeking coverage under this policy must submit to examination under oath by any person named by us when and as often as we may require.

**16.** DISPOSAL OF VEHICLE

If *you* relinquish possession of a leased vehicle or if *you* sell or relinquish ownership of an *owned auto*, any coverage provided by this policy for that vehicle will terminate on the day and at the time *you* do so.

**17.** TERMS OF POLICY CONFORMED TO STATUTES

Any terms of this policy in conflict with the statutes of the state of Missouri are amended to conform to those statutes.

**18.** CHOICE OF LAW

The policy and any amendment(s) and endorsement(s) are to be interpreted pursuant to the laws of the state of Missouri.

**19.** SERVICE CHARGES

All references to "service charge" on policy documents, billing statements, installment bills, memoranda, etc., are interpreted to mean "installment premium charge."

Electronically Filed - St Louis County - December 09, 2025 - 09:42 AM

**20.** CLAIM ADJUSTMENT TOOLS AND TECHNOLOGY

We may use estimating, appraisal, or injury evaluation systems to assist us in adjusting claims under this policy and to assist us in determining the amount of damages, expenses, or loss payable under this policy. Such systems may be developed by us or a third party and may include computer software, databases, and specialized technology.

**21.** DRIVERS OF MOTOR VEHICLES RESIDING IN YOUR HOUSEHOLD

*You* agree with us, as a condition of coverage under this policy, to notify us within 30 days of:

(a) When a driver of motor vehicles begins residing in *your* household, including any driver who is a dual resident of both *your* household and another household; or

(b) When a person residing in *your* household becomes licensed to drive motor vehicles.

*You* further agree to provide us the driver's name and driver's license and other information we require for our underwriting records.

---

### SECTION VI - AMENDMENTS AND ENDORSEMENTS

---

**Special Endorsement - United States Government Employees**

**A.** Under the Property Damage Liability coverage of Section I, we provide coverage to United States Government employees, civilian, or military using:

1. Motor vehicles owned or leased by the United States Government or any of its agencies, or
2. Rented motor vehicles used for United States Government business,

when such use is with the permission of the United States Government. Subject to the limits described in paragraph **B.** below, we will pay sums *you* are legally obligated to pay for damage to these vehicles.

**B.** The following limits apply to this Coverage:

1. A $100 deductible applies to each occurrence.
2. For vehicles described in **A.**1. above, our liability shall not exceed the lesser of the following:
    (a) The *actual cash value* of the property at the time of the occurrence;
    (b) The cost to repair or replace the property, or any of its parts with other of like kind and quality;
    (c) Two months basic pay of the *insured*; or
    (d) The limit of Property Damage Liability coverage stated in the **Declarations Page**.
3. For vehicles described in **A.**2. above, our liability shall not exceed the lesser of the following:
    (a) The *actual cash value* of the property at the time of the occurrence;
    (b) The cost to repair or replace the property, or any of its parts with other of like kind and quality; or
    (c) The limit of Property Damage Liability coverage stated in the **Declarations Page**.

This insurance is excess over other valid and collectible insurance.

---

### MISSOURI PROPERTY AND CASUALTY INSURANCE GUARANTY ASSOCIATION COVERAGE LIMITATION

---

As we are a member of the Missouri Property and Casualty Insurance Guaranty Association, the Association will pay claims covered under the Missouri Property and Casualty Insurance Guaranty Association Act, if we become insolvent. We must notify *you* that the following limitations apply, subject to all other provisions of the Act:

1. Claims covered by the Association do not include a claim by or against an *insured* of an insolvent insurer if that *insured* has a *net worth* of $25 million on the later of the end of the *insured's* most recent fiscal year or December thirty-first of the year next preceding the date the insurer becomes an insolvent insurer; provided that an *insured's* net worth on such date shall be deemed to include the aggregate net worth of the *insured* and all of its affiliates as calculated on a consolidated basis.

2. *Net worth* means the total assets of a person less the total liabilities against those assets.

3. Payments made by the Association for covered claims will include an amount not exceeding $300,000, and will not include that portion of a covered claim that is within an *insured's* deductible.

    However, the Association will not:

    (a) Be obligated to an *insured* or claimant in excess of the limits of liability of the policy from which the claim arises; or

    (b) Return to the *insured* any unearned premium in excess of $25,000 per policy.

These limitations do not affect the coverage we will provide under this policy.