# EXHIBIT 2

GEICO
geico.com

Tel: 1-800-841-3000

**GEICO Advantage Insurance Company**
P.O. Box 509090
San Diego, CA 92150-9090

# Declarations Page

This is a description of your coverage.
Please retain for your records.

**Policy Number: 4358-95-04-10**
**Coverage Period:**
08-12-24 through 02-12-25
Your coverage begins and ends at 12:01am local time at the address of the named insured.

Endorsement Effective: 10-19-24

Date Issued: October 19, 2024

ERIC WESTERFIELD
25961 W 178TH ST APT 318
GARDNER KS 66030-5543

Email Address: westerfield_eric@yahoo.com

**Named Insured**

Eric Westerfield
Catherine Westerfield

**Additional Drivers**

Sophia Renae Walsh
Sara Rose Walsh
Millie Ratzlaff

| Vehicles | VIN | Vehicle Location | Finance Company/ Lienholder |
|---|---|---|---|
| 1 2015 Nissan Rogue | JN8AS5MT7FW162833 | GARDNER KS 66030-5543 | Skyward credit union |
| 2 2013 Hyundai Elantra | KMHD35LE8DU112049 | GARDNER KS 66030-5543 | NAVY FCU |
| 3 2001 Volks NwBetleGLS | 3VWCP21C11M473172 | GARDNER KS 66030-5543 | |
| 4 1998 Olds Aurora | 1G3GR62C5W4117041 | GARDNER KS 66030-5543 | |

| Coverages* | Limits and/or Deductibles | Vehicle 1 | Vehicle 2 | Vehicle 3 | Vehicle 4 |
|---|---|---|---|---|---|
| Bodily Injury Liability Each Person/Each Occurrence | $25,000/$50,000 | $253.90 | $248.75 | $199.53 | $269.01 |
| Property Damage Liability | $25,000 | $568.93 | $602.28 | $485.83 | $596.46 |
| Basic Personal Injury Protection | Non-Ded | $62.38 | $60.48 | $52.73 | $61.74 |
| Uninsured & Underinsured Motorists Each Person/Each Occurrence | $25,000/$50,000 | $20.71 | $20.71 | $20.71 | $20.71 |
| Comprehensive (Excluding Collision) | $1,000 Ded | $90.91 | $104.26 | - | - |
| Collision | $1,000 Ded | $554.68 | $583.33 | - | - |
| Emergency Road Service | ERS FULL | $17.92 | $20.33 | - | - |



Continued on Back

| Coverages* | Limits and/or Deductibles | Vehicle 1 | Vehicle 2 | Vehicle 3 | Vehicle 4 |
|---|---|---|---|---|---|
| | ERS LIAB | - | - | - | $33.73 |
| Rental Reimbursement | $50 Per Day<br>$1,500 Max | - | $61.35 | - | - |
| **Six Month Premium Per Vehicle** | | **$1,569.43** | **$1,701.49** | **$758.80** | **$981.65** |
| **Total Six Month Premium** | | | | | **$5,011.37** |

*Coverage applies where a premium or $0.00 is shown for a vehicle.

If you elect to pay your premium in installments, you may be subject to an additional fee for each installment. The fee amount will be shown on your billing statements and is subject to change.

## Discounts

**The total value of your discounts is** **$3,711.01**

- Anti-Theft ....$20.91
- Restraint ....$101.71
- Anti-Lock Brake ....$59.89
- Seat Belt ....$12.49
- Good Driver ....$558.47
- Continuous Insurance ....$415.17
- Sponsored Marketing ....$263.76
- Multiline ....$197.12
- Multi-Vehicle ....$2,081.49

**The following discounts have also been applied**

- Driving Experience ....Included
- Financial Responsibility ....Included

**Contract Type:** A30KS

**Contract Amendments:** ALL VEHICLES - A30KS SIGPGCW

**Unit Endorsements:** UE316(VEH 1,2)

### Important Policy Information

- If your payment isn't honored by your financial institution, you'll be charged a service fee up to $20.00, depending on your state.
- Please review the front and/or back of this page for your coverage and discount information.
- You are receiving a $263.76 reduction now available in your state due to favorable claims costs for Senior Level Federal Employees.

Continued on Next Page

## Important Policy Information

- Reminder - Physical damage coverage will not cover loss for custom options on an owned automobile, including equipment, furnishings or finishings including paint, if the existence of those options has not been previously reported to us. This reminder does NOT apply in VIRGINIA, however, in Virginia coverage is limited for custom furnishings or equipment on pick-up trucks and vans but you may purchase coverage for this equipment. Please call us at 1-800-841-3000 or visit us at geico.com if you have any questions.
- We welcome you to our GEICO family in the Auto Voluntary B10 rate program.
- Millie Ratzlaff was added as an operator on your policy.