**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| Eric Westerfield, <br><br> Plaintiff, <br><br> v. <br><br> Government Employees Insurance Company et al., <br><br> Defendants. | Case No. 4:26-cv-00173-SRC |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Consistent with the Court's Order of April 21, 2026, Plaintiff attaches Interrogatories produced by GEICO Casualty as referenced in Plaintiff's [Doc. 55] Motion for Leave to Supplement the Record. GEICO Casualty's verified responses that are the subject of Plaintiff's Motion are highlighted in Interrogatories 10 and 17.

ONDERLAW, LLC

By:  */s/ Martin L. Daesch*
Martin L. Daesch, #40494
Jesse B. Rochman, #60712
110 E. Lockwood Ave.
St. Louis, MO  63119
(314) 963-9000 (telephone)
(314) 963-1700 (facsimile)
daesch@onderlaw.com
rochman@onderlaw.com
*Attorneys for Plaintiff*

1

## Certificate of Service

I certify that on April 22, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

*/s/ Martin L. Daesch*