**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| Eric Westerfield, | |
| Plaintiff, | |
| v. | Case No. 4:26-cv-00173-SRC |
| Government Employees Insurance Company et al., | |
| Defendants. | |

### Notice of Voluntary Dismissal Without Prejudice

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Eric Westerfield voluntarily dismisses this action without prejudice.[1] No Defendant has served an answer or a motion for summary judgment, and no class has been certified. The dismissal is effective upon filing and requires no court order.

**ONDERLAW, LLC**

By:    */s/ Jesse B. Rochman*
Martin L. Daesch, #40494
Jesse B. Rochman, #60712
110 E. Lockwood Ave.
St. Louis, MO  63119
(314) 963-9000 (telephone)
(314) 963-1700 (facsimile)
daesch@onderlaw.com
rochman@onderlaw.com
*Attorneys for Plaintiff*

### Certificate of Service

I certify on August 4, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

*/s/ Jesse B. Rochman*

---

[1] The docket reflects the case will be transferred after August 10, 2026. Doc. 61. This Court retains jurisdiction until the transferee court receives the case file. *IHS Long Term Care Servs., Inc. v. THCI Co.*, 417 F.3d 953, 956 (8th Cir. 2005).